I/S

21

Days

FILED
CLERK, U.S. DISTRICT COURT
8/8/18
CENTRAL DISTRICT OF CALIFORNIA
BY:         CS         DEPUTY

FEE PAID

1  K. Tom Kohan, Esq. (SBN: 225420)
2  **KOHAN LAW FIRM**
3  3415 South Sepulveda Blvd., Suite 460
   Los Angeles, CA 90034
4  Tel: (310) 349-1111
5  Fax: (888) 476-7010
   Email: tom@kohanlawfirm.com
6  Attorney for CHARMAN MANUFACTURING, INC.

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA          **CASE NO.** CV18-6822-AB(FFMx)
    *ex rel.* CHARMAN
12  MANUFACTURING, INC.,              **FILED IN CAMERA AND UNDER**
                                      **SEAL**
13          Plaintiff,                Pursuant to 31 USC §3730(b)

14
    vs.
15
16  AMAZON SELLER AUTOOUTLET;
17  AMAZON SELLER CBTONE; E-
    UNIONA; HOME NATURAL SUPPLY
18  BY BROOKLYN PIPE; AMAZON
19  SELLER KING SO; AMAZON
    SELLER LONG TIME TRADING BY
20  YAE TEK; AMAZON SELLERS360
21  INC.; AMAZON SELLER TOPODO;
    EBAY SELLER 2016YAETEK; EBAY
22  SELLER AGREATSHOPPINGMALL;
23  EBAY SELLER EARNESTADVICE;
    EBAY SELLER JEWELS*MALLS;
24  EBAY SELLER DOMIIHOME-US;
25  EBAY SELLER YAEBREW3032018;
26  DOES 1 through 10, Inclusive,

27          Defendants.

28                    **COMPLAINT**
                           1

# COMPLAINT
## JURY TRIAL DEMANDED

The UNITED STATES OF AMERICA *ex rel.* CHARMAN

MANUFACTURING, INC. ("Relator"), files this Complaint against Defendants

AMAZON SELLER AUTOOUTLET; AMAZON SELLER CBTONE; E-

UNIONA; HOME NATURAL SUPPLY BY BROOKLYN PIPE; AMAZON

SELLER KING SO; AMAZON SELLER LONG TIME TRADING BY YAE

TEK; AMAZON SELLERS360 INC.; AMAZON SELLER TOPODO; EBAY

SELLER 2016YAETEK; EBAY SELLER AGREATSHOPPINGMALL; EBAY

SELLER EARNESTADVICE; EBAY SELLER JEWELS*MALLS; EBAY

SELLER DOMIIHOME-US; EBAY SELLER YAEBREW3032018; DOES 1

through 10, Inclusive (collectively "Defendants"). In support thereof, Relator

alleges as follows:

## I.

## PARTIES

1.      Relator is a California corporation having its principal place of

business in Vernon, California.

COMPLAINT

2.     Upon information and belief, each of Defendants is and at all times herein mentioned conducted business in the state of California within this judicial district and therefore has availed itself to the jurisdiction of this Court.

3.     The true names and capacities of the named Defendants are unknown to Relator, who therefore sues them by the fictitious names that they are publicly listed on Amazon and Ebay. Defendants DOES 1 through 10, Inclusive are unknown to Relator, who therefore sues them by such fictitious names.  Relator will seek leave to amend this complaint to allege the true names and capacities of each named Defendant and Defendants DOES 1 through 10, Inclusive once they have been ascertained.  Relator is informed and believes and thereon alleges that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged and that Relator's damages herein alleged were proximately caused by those Defendants.

4.     At all times herein mentioned, Defendants were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees, or attorneys, and with the permission and consent of their co-defendants.

**COMPLAINT**

5.      Relator is further informed and believes and thereon alleges that the Defendants are the alter-egos of other named co-defendants.

## II.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over the claims alleged in this Complaint under 28 U.S.C. §1331 (Federal Question), 28 U.S.C. §1345 (United States as Plaintiff), and 31 U.S.C. §3732(a) (False Claims Jurisdiction).

7.      This Court has personal jurisdiction over the Defendants pursuant to 31 U.S.C. §3732(a) because the Defendants can be found, reside, and/or transacts business in this judicial district. This Court has personal jurisdiction over all Defendants because upon information and belief, they have either entered into agreements in the State of California, do business in the State of California, or have otherwise committed wrongful acts in the State of California in this judicial district. Title 31, United States Code, Section 3732(a) further provides for national service.

8.      Upon information and belief, this Complaint is not based on the facts underlying any pending related *qui tam* action, within the meaning of the False Claims Act's first-to-file rule, 31 U.S.C. § 3730(b)(5).

4

**COMPLAINT**

9.     This action is not precluded by any provision of the False Claims Act's jurisdiction bar, 31 U.S.C. § 3730(e) *et seq.*

10.     Upon information and belief, this Complaint is not based upon allegations or transactions that are the subject of a civil suit or an administrative civil money penalty proceeding in which the United States is already a party. 31 U.S.C. §3730(e)(3).

11.     Upon further information and belief, there has been no "public disclosure" of key facts alleged herein regarding Relator's discovery and investigation of the fraud committed by the Defendants.

12.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b) and (c), and 31 U.S.C. § 3732(a), because Defendants can be found in and/or transact business within this judicial district.

## THE FEDERAL FALSE CLAIMS ACT - 31 U.S.C. §3729

13.     The False Claims Act (FCA) - 31 U.S.C. §3729, which was originally enacted in 1863, was substantially amended in 1986 by the False Claims Amendments Act, Pub.L. 99-562, 100 Stat. 3153 to enhance the government's ability to recover losses as a result of fraud. Among other things, the amendments created incentives for individuals with knowledge of fraud on the United States to

**COMPLAINT**

disclose the information without fear of reprisals or overnment inaction, and to encourage the private bar to commit resources to prosecuting fraud on the government's behalf. According to the United Supreme Court, the FCA is intended to reach all types of fraud, without qualification, that might result in financial loss to the Government. The FCA, as amended, includes a reverse false claims provision that imposes liability on a party that, by false statement, seeks to conceal, avoid, or decrease a precise, preexisting obligation to pay the United States. 31 U.S.C. § 3729(a)(1)(G).

14.     The FCA provides that any person who knowingly makes, uses, or causes to be made or used false records and statements to decrease its obligations to the Government is liable for a civil penalty ranging from $5,500 up to $11,000 (as of the filing date of this Complaint) for each such violation, plus three times the amount of the damages sustained by the government.

## THE APPLICATION OF THE FCA TO THE TARIFF ACT OF 1930

15.     All goods imported into the United States are taxed according to the Harmonized Tariff Schedule of the United States ("HTS") (codified at 19 U.S.C. § 1202). The United States Customs and Border Protection division of the Department of Homeland Security ("CBP") is responsible for assessing and

**COMPLAINT**

collecting these duties. CBP relies on importers to supply accurate information about imported merchandise, including the applicable HTS classification. The importer is required to declare under oath that, among other things, "all statements in the invoice or other documents filed with the entry, or in the entry itself, are true and correct." 19 U.S.C. §1485(a)(3).

16.    Under customs regulations, importers have an existing, non-contingent and nondiscretionary liability for customs duties. See, e.g., 19 C.F.R. §141.4, 159.2 (demanding entry and liquidation of imported merchandise); 19 U.S.C. § 1503 (assessment of duties on imports is generally based on the appraised value of the imported goods as determined on liquidation). Such liability arises immediately and automatically upon the importation of goods into the United States. 19 C.F.R. § 141.1 (b)( 1).[1] Accordingly, false statements or records made to avoid or decrease this obligation to pay are actionable under the False Claims Act's reverse false claims provision. 31 U.S.C. § 3729(a)(1)(G) (formerly 31 U.S.C. § 3729(a)(7)).

---

[1] In addition to paying estimated duties, taxes, and fees when products enter the country, importers also are generally required to provide a bond to help ensure that the government can recover additional duties, taxes, or fees that may be owed. See 19 C.F.R. § 113.62 and 142.4 for CBP bonding requirements. In general, the importer is required to obtain a bond equal to 10 percent of the amount the importer paid in duties, taxes, and fees over the preceding year (or $50,000, whichever is greater).

**COMPLAINT**

17.     The FCA allows any person having information about false or fraudulent claims to bring an action as a relator for itself and the Government, and to share in any recovery.[2] The FCA requires that the original *qui tam* complaint be filed under seal for a minimum of 60 days (without service on the defendant during that time). Based on these provisions, Relator seeks through this action to recover on behalf of the United States all available damages, civil penalties, and other relief for the violations alleged herein.

18.     Although the precise amount of the loss from Defendants' misconduct alleged in this action cannot presently be determined, Relator estimates that the damages and civil penalties that may be assessed against the Defendants under the facts alleged in this Complaint exceed $20 Million.

## III.

## FACTS

19.     Relator has been a supplier of floor flanges, which are malleable iron pipe fittings, within the United States. Relator imports the malleable iron pipe fittings from Indonesia and it strives to ensure that all applicable duties are paid.

---

[2] The FCA was amended again 2010 in connection with enactment of health care reform laws. See the Patient Protection and Affordable Care Act, P.L. 111-148, Title X, Subtitle A, § l0104(j)(2), 124 Stat. 901 (Mar. 23, 2010). Among other changes, the "public disclosure bar" and "original source" provisions in Section 3730(e)(4) of the FCA were amended to broaden the ability of relators to bring qui tam lawsuits under the Act.

**COMPLAINT**

Relator can compete head-to-head with any other company in the United States in this industry as long as there is a level playing field and its competitors play by the rules.

20.     Defendants are direct competitors of Relator. Defendants import ready to sell malleable iron pipe fittings from outside of the United States and essentially act as a sales representative - distributor of the malleable iron pipe fittings. Defendants sell their malleable iron pipe fittings on online platforms including but not limited to Amazon and eBay.

21.     Relator and Defendants often compete for the same buyers in supplying the malleable iron pipe fittings. Relator's supplier relationships, manufacturing techniques and its internal pricing models have been developed over many years. In recent years, Relator has lost multitude of sales of its malleable iron pipe fittings to the Defendants that it traditionally and otherwise would have made. According to the purchase price listed on online platforms including but not limited to Amazon and eBay, Defendants have been able to sell their malleable iron pipe fittings at significantly lower prices. As a result of Defendants' reduced prices on the online platforms, Relator has lost key relationships with customers and lost millions of dollars in revenue.

**COMPLAINT**

22.     Based on Relator's experience in the industry and its confidential internal pricing models, Relator came to the conclusion that there were only two plausible explanations for how Defendants began consistently underbidding Relator relating to the lost sales of its malleable iron pipe fittings; (a) Defendants were undercutting Relator by agreeing to provide the malleable iron pipe fittings to customers at a "below cost", and Relator was losing money on the purchases as a result, or (b) Defendants' cost for purchasing and importing the malleable iron pipe fittings from outside the United States was substantially below the costs predicted by Relator's internal pricing models and published costs.

23.     One of the many variables that are taken into account by Relator's internal pricing models is the import duty that is imposed on malleable iron pipe fittings. Thus a variation on the import duty paid on malleable iron pipe fittings significantly impacts the estimated cost and pricing calculations involved in the purchase price of the malleable iron pipe fittings in the United States.

24.     The United States has established laws to remedy the unfair trade practices of other countries and foreign companies that cause injury to domestic industries. For example, U.S. laws authorize the imposition of Anti-dumping

**COMPLAINT**

duties on imports that were "dumped" (i.e., sold at less than normal value) and Countervailing duties on imports subsidized by foreign governments.

25.     The United States International Trade Commission has ruled to place an anti-dumping duty on Chinese malleable iron fittings. *See* United States International Trade Commission, Investigation number 731-TA-1021 (Second Review) in regards to Malleable Iron Pipe Fittings From China wherein Commission ruled to stay its antidumping duty pursuant to section 751(c) of the Traffic Act of 1930 (19 U.S.C. § 1675 (c)) [Publication 4484, August 2104].

26.     The Defendants' sale of the malleable iron pipe fittings is subject to the anti-dumping rules and as such Defendants are required to pay 45% custom duty tax when they imported from China. The Harmonized Tariff Code for malleable iron fittings is *7307-19.90.60*.

27.     At the time that the United States placed the anti-dumping duty on Chinese malleable iron fittings, only three Chinese manufacturers received an exemption to 45% custom duty tax when they imported from China. These three Chinese manufacturers were allowed to import their malleable iron fittings to the United States by paying approximately 11% custom duty tax as opposed the standard required 45% custom duty tax.

11

**COMPLAINT**

28.     The Defendants on the other hand are not purchasing their malleable

iron fittings from the three exempt Chinese manufactures of malleable iron

fittings. Rather, the Defendants are purchasing the malleable iron fittings from

Chinese manufacturers who are subject to the 45% custom duty tax and importing

the malleable iron fittings into the United States.

29.     Defendants are predominantly selling the following brands of

malleable iron fittings to the United States market: "AM 1949" and "OS DS

1914". Both the "AM 1949" and "OS DS 1914" brands are subject to the 45%

custom duty tax.

30.     The public records do not reflect that the Defendants paid the duty

tax when importing their malleable iron pipe fittings into the United States.

31.     Defendants are also in violation of their duty to mark the malleable

iron pipe fittings pursuant to provisions of the FCA.

32.     Pipe fittings, such as those Defendants imported into the United

States, are the subject of specific, non-discretionary import regulations set forth in

the Tariff Act of 1930. 19 U.S.C. § 1304(c). Pipe fittings must, with limited

exceptions, be marked with the English name of the country of origin by means of

one of five methods. Id. § 1304(c)(1). Only if it is technically or commercially

12

**COMPLAINT**

infeasible to mark an article by one of the five enumerated methods may a pipe

fitting be marked in another manner. Under no circumstances may an article of

foreign origin be completely unmarked. *Id.* § 1304(c)(2). If an importer releases

unmarked or improperly marked goods into the stream of commerce in the United

States, the importer owes a duty of 10 per centum ad valorem on the improperly

marked goods. 19 U.S.C. § 1304(i). This duty, known as a "marking duty," is

deemed to have accrued at the time of importation and must be paid in addition to

any other duty imposed by law. *Id.*

33.     This is not to say, however, that an importer may bring improperly

marked goods into the United States merely by paying a marking duty. Instead, if

improperly marked goods are imported and discovered by customs officials, an

importer has three options: (1) re-export the goods, (2) destroy them, or (3) mark

them appropriately so that they may be released from the custody of the United

States for sale in the domestic market. *Id.* Customs officials at United States ports

of entry are unable to inspect every import; they rely primarily on the importers

themselves to self-report any duties owed and any goods that are unmarked or

improperly marked. In those instances where improperly marked goods enter the

stream of commerce in the United States, the marking duty is due, retroactive to

**COMPLAINT**

the time of importation. *Id.* Imposition of the duty is non-discretionary since, by statute, such duties "shall not be remitted wholly or in part nor shall payment thereof be avoidable for any cause." *Id.* In setting forth this regulatory scheme, Congress specifically noted that marking duties "shall not be construed to be penal" and are to be considered similar to any other customs duty owed. *Id.*

34.     Defendants have failed to comply with the applicable statute by failing to mark their malleable iron pipe fittings with the name of the country of its origin. See attached hereto **Exhibits A through N**.

35.     Based on its analysis, Relator concluded that systematic fraud must be occurring since Defendants' products are imported into the United States but virtually no products for sale on the secondary market are properly marked with the foreign country of origin markings required by law.

36.     Defendants knew that their goods were not marked properly and, therefore, knew that the malleable iron imported pipe fittings should not have been released from government custody. Had Defendants informed the government of this state of affairs, the goods would not have been allowed into the United States. By staying silent, Defendants knowingly concealed information from the government by not informing customs officials that the imported malleable iron

**COMPLAINT**

pipe fittings were not marked properly. Once the malleable iron pipe fittings cleared customs, Defendants knew that they owed marking duties that accrued on importation but did not pay them. As such, this intentional non-disclosure to the United States government gave rise to reverse false claims liability for the unpaid marking duties.

37. Defendants also imported improperly marked malleable iron pipe fittings without disclosing that the fittings are improperly marked. Since this improper marking was not discovered by customs officials, Defendants avoided paying marking duties on these fittings.

38. Defendants are able to successfully (albeit unlawfully) import its unmarked pipe fittings into the United States by knowingly failing to pay or disclose to the CBP the marking duties the company owes ... by, among other things, falsifying its entry documents and otherwise concealing the foreign source of its pipe fittings such that CBP will not detect the Defendants' fraud.

39. These actions give rise to the present *qui tam* action under the so-called "reverse false claims" provision in the FCA.

**COMPLAINT**

40.     Defendants' products, both the AM 19149 and the OS DS 1914, which are sold in the United States, are not manufactured according to ASTM Section A338-84(2014) and ASME/ANSI B16.3-1998 standards.


## COUNT I

### Violation of the False Claims Act - 31 U.S.C. §3729(a)(1)(G)

41.     The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

42.     By virtue of the acts described above, Defendants violated the reverse false claims provision of the FCA by evading applicable import duties on pipe fittings because they knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the government. 31 U.S.C. § 3729(a)(1)(G) (formerly 31 U.S.C. § 3729(a)(7)).

43.     By reason of Defendants' actions, the United States has been damaged, and continues to be damaged, in a substantial amount.

**COMPLAINT**

## COUNT II

### Conspiracy to Violate the False Claims Act - 31 U.S.C. §3729(a)(1)(C)

44.     The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

45.     Defendants acted in concert with each other and with other conspirators to violate the FCA by evading applicable import duties on pipe fittings because they knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the government.

46.     Defendants committed the overt acts described above in furtherance of the conspiracy, including but not limited to, falsely describing and classifying the malleable iron pipe fittings or by falsely stating a false country-of-origin on required customs forms, concealing and avoiding their obligation to pay antidumping duties. Defendants' conspiracy violates 31 U.S.C. § 3729(a)(1)(C), by which Defendants obtained entry and release of their malleable iron pipe fittings into the United States without paying amounts due to the United States.

17

**COMPLAINT**

47.     By reason of Defendants' conspiracy, the United States has been damaged, and continues to be damaged, in a substantial amount.

## COUNT III

### Violation of Marking of Imported Articles and Containers - 19 U.S.C §1304 and Violation of the False Claims Act - 31 U.S.C. §3729(a)(1)(G) - Reverse False Claims

48.     The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

49.     The plain text of the FCA's reverse claims provision is clear: any individual who "knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government" may be subject to liability. 31 U.S.C. § 3729(a)(1)(G).

50.     It should be noted that a false statement is no longer a required element, since the FCA specifies that mere knowledge and avoidance of an obligation is sufficient, without the submission of a false record, to give rise to liability. 31 U.S.C. § 3729(a)(1)(G). As such, this Court should not require the submission of a false record made by the Defendants to satisfy Relator's well alleged Complaint. *United States ex rel. Customs Fraud Investigation, LLC v. Victaulic Co.*, 839 F.3d 242 (3rd Cir. 2016).

51.     Defendants declined to notify the Bureau of Customs and Border Protection of its malleable iron pipe fittings' non-conforming status. This failure to notify resulted in the malleable iron pipe fittings being released into the stream of commerce in the United States and, consequently, marking duties being owed and not paid.

52.     By reason of Defendants' actions, the United States has been damaged, and continues to be damaged, in a substantial amount.

## COUNT IV

### Violation of 19 U.S.C. §1484(a)(1) - Entry of Merchandise

53.     The preceding paragraphs are re-alleged and incorporated by reference as if fully set forth herein.

54.     The statute, 19 U.S.C. § 1484(a)(1), requires an importer to provide "such information as is necessary to enable CBP to determine whether its merchandise may be released from the custody of CBP" and to "enable CBP to properly assess duties on [imported] merchandise. *United States ex rel. Customs Fraud Investigation, LLC v. Victaulic Co.*, 839 F.3d 242 (3rd Cir. 2016).

55.     Pursuant to the FCA, Defendants need not have made any express statement to the government to give rise to reverse false claims liability.

**COMPLAINT**

56. If Defendants knowingly failed to disclose to the CBP the fact that their goods were unmarked or improperly marked despite their affirmative obligation to do so under § 1484(a)(1) and if such goods nevertheless escaped detection and were released into the United States, Defendants would be liable under the FCA. Thus, Relator need only prove that the Defendants knew its malleable iron pipe fittings were improperly marked and did not notify the CBA since to do so is to conceal information customs officials needed to know in order to determine whether to release Defendants' goods from its custody. *United States ex rel. Customs Fraud Investigation, LLC v. Victaulic Co.*, 839 F.3d 242 (3rd Cir. 2016).

57. By reason of Defendants' actions or inactions, the United States has been damaged, and continues to be damaged, in a substantial amount.

## COUNT V

## Violation of ASTM Section A338-84(2014) and ASME/ANSI B16.3-1998

58. ASTM Section A338-84(2014) and ASME/ANSI B16.3-1998 established requirements and standards for malleable iron fittings in regards to pressure-tempurature ratings, size, marking, materials, dimensions and tolerance, threading, coating, etc.

COMPLAINT

59.     Defendants' products, both the AM 19149 and the OS DS 1914, which are sold in the United States, are not manufactured according to ASTM Section A338-84(2014) and ASME/ANSI B16.3-1998 manufacturing standards.

60.     Both the AM 19149 and the OS DS 1914 sold in the United States market by the Defendants are smaller and lighter than what is required under the ASTM Section A338-84(2014) and ASME/ANSI B16.3-1998 manufacturing standards

61.     By reason of Defendants' actions or inactions, the United States has been damaged, and continues to be damaged, in a substantial amount.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff UNITED STATES OF AMERICA *ex rel.* CHARMAN MANUFACTURING, INC.  respectfully requests that judgment be entered against Defendants as follows:

a.     Defendants pay not less than $5,500 and not more than $11,000 for each violation of 31 U.S.C. § 3729 plus three times the amount of damages the United States has sustained because of Defendants' actions;

**COMPLAINT**

b.   Relator be awarded the maximum amount allowed pursuant to 31 U.S.C. § 3730(d);

c.   Relator be awarded all costs of this action, including attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d); and

d.   The United States and Relator recover such other relief as the Court deems just and proper.

DATED: August _8_, 2018          KOHAN LAW FIRM

By: _____
K. TOM KOHAN
Attorney for Relator
CHARMAN MANUFACTURING, INC.

## DEMAND FOR JURY TRIAL

Relator hereby requests trial by jury on all claims asserted, as provided by Rule 38 of the Federal Rules of Civil Procedure.

DATED: August _8_, 2018          KOHAN LAW FIRM

By: _____
K. TOM KOHAN
Attorney for Relator
CHARMAN MANUFACTURING, INC.

22

COMPLAINT

# EXHIBIT A

Try Prime

Tools & Home Improvement ▾    floor flanges

Deliver to
Losangeles 90001    Departments ▾    Your Amazon.com

EN    Hello, Sign in
Account & Lists ▾    Orders    Try Prime ▾    0    Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

$10 & under with FREE shipping    Shop now ›

‹ Back to search results for "floor flanges"



AUTOUTLET

Roll over image to zoom in

Share

## $21.95

FREE Shipping    on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

**Want it Wednesday, Aug. 8?**
Order within 16 hrs 51 mins and choose **One-Day Shipping** at checkout. Details

In Stock.
Sold by AUTOUTLET and Fulfilled by Amazon. Gift-wrap available.

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**Add to Cart**

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

**Add to List**

Have one to sell?    Sell on Amazon

alignment, chassis formation
- Can be made bookshelves, drying racks, put objects, retro lighting, and other crafts
› See more product details

Compare with similar items

**New** (1) from $21.95 & FREE shipping on orders over $25.00 shipped by Amazon. Details

Ad feedback

## Frequently bought together



Total price: $74.43

[Add all three to Cart]

[Add all three to List]

One of these items ships sooner than the other. Show details

- ☑ **This item:** AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect for Wall Mount... $21.95
- ☑ CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack $15.49
- ☑ 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack $36.99

## Sponsored products related to this item (What's this?)



| | | | | |
|---|---|---|---|---|
| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves... | 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | SUMNACON Industrial Pipe Floor Flange Fittings 3/4", 10 Pack Black Iron Malleable ... |
| 7 | 2 | 4 | 7 | 1 |
| $18.89 | $24.79 | $21.85 | $17.97 | $28.99 |

Ad feedback

## Customers who viewed this item also viewed

    

| | | | | |
|---|---|---|---|---|
| Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch... | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor... | 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack | Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack |
| 22 | 9 | 4 | 7 | 18 |
| $19.95 | $17.89 | $21.85 | $36.99 | $15.99 |



CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack

10

$15.49

## Special offers and product promotions

Size: **0.5 Inch**

- Clip this coupon to save $2.00 on this product when you buy from Amazon.com. Here's how (restrictions apply)

- **Your cost could be $0.00 instead of $21.95!** Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items



|  | This item AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect for Wall Mount Industrial Pipe Furniture (1/2") | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch Threaded Black Pipes and Fittings, Build Vintage DIY Furniture Shelving, Ten Plumbing Flanges | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (4) | (9) | (22) | (7) |
| Price | $21⁹⁵ | $17⁸⁹ | $19⁹⁵ | $36⁹⁹ |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | AUTOUTLET | E-UNIONA | Jackson Supplies LLC | Ohio Supply |
| System of Measurement | inch | inch | inch | inch |
| Number of Items | — | — | — | — |

## Product description

Size:**0.5 Inch**

**Features:**
Name:flange
Model:533646
Specifications
Color:black
Materials:cast iron
Connection Method:screw
Size:1/2"
Inner Diameter:1.8cm
Type:axial type
Product Usage:floral, lamps, shelves, hanging racks, industrial supplies, and so on

**Specifications:**
1.Cast iron is mainly composed of iron, carbon and silicon alloy composition, with high strength, good toughness, plasticity and machinability.
2.Casting the primary color, the surface frosted, anti-rust treatment, threaded alignment, chassis formation.
3.Can be made bookshelves, drying racks, put objects, retro lighting, and other crafts.

**Package content:**
10pcs flange

## Product information

**Size:0.5 Inch**

### Technical Details

| | |
|---|---|
| Item Weight | 2.07 pounds |
| Package Dimensions | 5.2 x 3.9 x 3.1 inches |
| Size | 0.5 Inch |
| Item Package Quantity | 1 |
| Measurement System | inch |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B07BY4MVJ2 |
| Customer Reviews | 4 customer reviews 4.7 out of 5 stars |
| Best Sellers Rank | #106,260 in Tools & Home Improvement (See top 100) #736 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 2.07 pounds (View shipping rates and policies) |
| Date First Available | April 4, 2018 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts (0)   Upload your video



**Be the first video**
Your name here

## Sponsored products related to this item (What's this?)







| 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... 4 $21.85 | Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... 13 $15.95 | US TRENCH DRAIN 83500-3 Compact Trench Drain Black Polymer and Heel Friendly Grate,... 24 $87.99 | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... 22 $20.95 | Compact Trench Drain Black Polymer with Pressed Galvanized Steel Grate - 3 x 3.33 F... 13 $119.99 |
|---|---|---|---|---|

Ad feedback



## Customer Questions & Answers

See questions and answers

## Customer reviews

4

4.7 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 25% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all 4 customer reviews

### Top customer reviews

  Sealless

**Great value, fast shipping**

July 6, 2018

Size: 0.75 Inch    Verified Purchase

Building a couple of iron pipe desks and using these for "feet". Much lower price than big box stores and shipped quickly. Very little clean up required prior to painting.

| Helpful | Not Helpful |    Comment    Report abuse

Betsy Ireland

**Five Stars**

May 13, 2018

Size: 0.75 Inch   Verified Purchase

They are great and received real fast. They work perfect for my needs.



PRIME ORIGINAL
sneaky pete

TRY PRIME NOW | prime

Ad feedback

### Customer images



See all customer images

### Search customer reviews

Search



Helpful    Not Helpful    Comment    Report abuse

Jaime Burleson

**As described**

July 25, 2018

Size: 0.75 Inch    Verified Purchase

As described

Helpful    Not Helpful    Comment    Report abuse

Brad beseris

**Perfect fit, look, style. Cost perfect. What a savings. Help me make my budget.**

July 7, 2018

Size: 0.75 Inch    Verified Purchase

Howdey. I made some shelves. Worked out great.

Helpful    Not Helpful    Comment    Report abuse

See all 4 reviews

Write a customer review

## Customers who bought this item also bought



CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack
10
$15.49

1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack
7
$36.99

Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack
18
$15.99

Southland 520-603HN Straight Tee, 1/2", Black
2
$1.59

58        Add to Cart

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |

Investor Relations
Amazon Devices

Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

EXHIBIT B



## Frequently bought together



Total price: $49.47

[ Add all three to Cart ]

[ Add all three to List ]

One of these items ships sooner than the other. Show details

☑ **This item:** 10 Pack 1/2" Cast Iron Floor Flange, CBTONE Black Flange Pipe Fittings with Threaded Hole for... $17.99

☑ Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack $15.99

☑ CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack $15.49

## Sponsored products related to this item (What's this?)









| | | | | |
|---|---|---|---|---|
| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,... | 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | Rustic Pipe Decor Industrial Shelf Brackets – Double Flange Bracket Set of Four, Ir... |
| 7 | 2 | 4 | 7 | 1 |
| $18.89 | $24.79 | $21.85 | $17.97 | $17.99 |

Ad feedback

## Customers who bought this item also bought



| | | | | |
|---|---|---|---|---|
| Pipe Decor 1/2" x 2" Malleable Cast Iron Pipe Nipple, Industrial Steel Grey Fits Standard Half Inch Black Threaded... | Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack | Gimiton 4 Pack 4 Way Pipe Fitting Malleable Iron DN15 1/2 Black Malleable Cast Iron Pipe Tee fitting Industrial Steel Side... | Tee ,Black 1/2" | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch... |
| $11.99 | 18 | $14.99 | 15 | 22 |
| | $15.99 | | $17.71 | $19.95 |



1/2" x 12" Black Pipe
Malleable Gas Steel
Nipples Fitting - Black
Finish - 10 Pack

7

$36.99

## Special offers and product promotions

- **Your cost could be $0.00 instead of $17.99!** Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items



| | This item 10 Pack 1/2" Cast Iron Floor Flange, CBTONE Black Flange Pipe Fittings with Threaded Hole for Industrial Pipe, Furniture and DIY Decor | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch Threaded Black Pipes and Fittings, Build Vintage DIY Furniture Shelving, Ten Plumbing Flanges | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (1) | (9) | (22) | (7) |
| Price | $17⁹⁹ | $17⁸⁹ | $19⁹⁵ | $36⁹⁹ |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | CBtone | E-UNIONA | Jackson Supplies LLC | Ohio Supply |
| System of Measurement | inch | inch | inch | inch |
| Number of Items | — | — | — | — |

## Product description

**CBTONE 1/2" black malleable cast iron floor flange pipe fittings - make a lot of DIY decor and decor home in industrial steampunk vintage retro style.**

✓ The 1/2" Flange is an Authentic Malleable Iron Fitting for a genuine rustic look; cleaning and sealing required prior to use.

✓ Our 3 hole black flange is 2.5 inches in diameter, it will be more perfect support effect which spreads out the payload evenly.

✓ Whether you're looking to build a pipe shelf, pipe towel rack, pipe lamp, our 1/2 black pipe fitting is up to the task.

✓ If you're looking for an industrial, steampunk, vintage, retro, factory look, our flange will fit perfectly into your project.

**Features:**
Material: Malleable Iron
Size: 1/2"
Inner Diameter: 0.78" / 2.0cm
External Diameter: 2.56" / 6.5cm
Threads: Pipe Threads
Included: 10 pack black floor flange

**Does this flange rust if used outdoors? If so, how do we prevent that from happening?**

We cleaned them up with lacquer thinner and just spray-paint it with Rustoleum, Krylon,Rust-Oleum or similar rust inhibitor.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | CBUS-1/2FloorFlange-10pcs-Black-180428F |
| Item Weight | 2.15 pounds |
| Package Dimensions | 9.3 x 5.9 x 2.2 inches |
| Measurement System | inch |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B07CQBTMXT |
| Customer Reviews | 1 customer review 5.0 out of 5 stars |
| Best Sellers Rank | #18,702 in Tools & Home Improvement (See top 100) #59 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 2.15 pounds (View shipping rates and policies) |
| Date First Available | April 27, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Related Video Shorts (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item  (What's this?)







| | | | | |
|---|---|---|---|---|
| 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... | AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... |
| 4 | 13 | 4 | 7 | 22 |
| $21.85 | $15.95 | $21.95 | $17.97 | $20.95 |

Ad feedback



PRIME ORIGINAL

sneaky pete

TRY PRIME NOW | prime

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 1 customer reviews

Share your thoughts with other customers

Write a customer review

25

Add to Cart

Ad feedback

## Top customer reviews

Joseph Richardson

**Five Stars**

June 12, 2018
Verified Purchase

As expected

Helpful    Not Helpful    Comment    Report abuse

See the review

Write a customer review

Search customer reviews

Search

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** 10 Pack 1/2" Cast Iron Floor Flange, CBTONE Black Flange Pipe Fittings with Threaded Hole for Industrial Pipe, Furniture and DIY Decor

Set up a giveaway

## Customers who viewed this item also viewed



10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor...
9
$17.89



Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch...
22
$19.95



1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack
7
$36.99



1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO
4
$21.85



Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack
18
$15.99



Tee ,Black 1/2"
13
$17.71

Ad feedback

Back to top

### Get to Know Us

Careers
Blog
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English     United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT C



Try Prime    Tools & Home Improvement ▾    floor flanges    Shop Back to School deals

Deliver to
Losangeles 90001    Departments ▾    Your Amazon.com    EN ▾    Hello, Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

$10 & under with FREE shipping    Shop now ▸

‹ Back to search results for "floor flanges"



**10Pcs**
Floor Flange Iron Pipe Fittings

Roll over image to zoom in

E-UNIONA

# 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA

9 customer reviews

Price: $17.89
FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

- MATERIAL - This PIPE FLANGE is mainly composed of iron, carbon and silicon alloy composition, with high strength, good toughness, plasticity and machinability.
- SIZE - Our 3 hole black flange is 2-5/8 inches in diameter, the flange can satisfy any home decoration, including various styles.
- DESIGN - The vast majority of the market is a four-hole flange, but the three-hole flange will be more perfect support effect which spreads out the payload evenly. You could get creative and add style to any home, office or interior space with LDR pipe decor fittings and connectors. From standard to unique and innovative fittings, the types of furnishings you can create are limitless
- USAGE - floral, lamps, shelves, hanging racks, industrial supplies, and so on. Only you can't imagine, nothing you can't achieve. This is the perfect DIY!
- OUR COMMITMENT - E-UNIONA has always been committed to providing customers with higher quality products and a comfortable customer experience. If you have any problems with this 1/2 inch floor flange you purchased, you will receive an unconditional refund within 30 days and a free return service for 6 months.

› See more product details

Compare with similar items

New (2) from $17.79 & FREE shipping.

Share

$17.89

FREE Shipping    on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

In stock on August 10, 2018.
Order it now.
Sold by E-UNIONA and Fulfilled by Amazon. Gift-wrap available.

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

[ Add to List ]

**Other Sellers on Amazon**

New (2) from $17.79 & FREE shipping.

Have one to sell?    [ Sell on Amazon ]



JACKYLED

2 in 1 Light Socket Splitter 4-pack

$8⁹⁹ ✓prime

Ad feedback



Ad feedback

## Frequently bought together



Total price: $70.37

[ Add all three to Cart ]

[ Add all three to List ]

Some of these items ship sooner than the others. Show details

- ☑ **This item:** 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture... **$17.89**
- ☑ CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack $15.49
- ☑ 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack $36.99

## Sponsored **products** related to this item (What's this?)



1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla...
4
$21.85

10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol...
7
$18.89

3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,...
2
$24.79

Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit...
22
$19.95

1/2" x Close Black Steel Nipples Fitting - Black Finish - 10 Pack
5
$21.97

Ad feedback

## Customers who bought this item also bought



Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack
18
$15.99

CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack
10
$15.49

1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack
7
$36.99

Tee ,Black 1/2"
13
$17.71

Black Cast Pipe Fitting, Nipple, 1/2" x 6-Inch Length, 10-Pack
8
$20.99



Southland 583-080HN
Steel Pipe Nipple, 1/2" x
8", Black                          13
$2.79

## Special offers and product promotions

- **Your cost could be $0.00 instead of** $17.89! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | | | |
|---|---|---|---|
| **This item** 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch Threaded Black Pipes and Fittings, Build Vintage DIY Furniture Shelving, Ten Plumbing Flanges | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack | Tee ,Black 1/2" |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | (9) | (22) | (7) | (13) |
| **Price** | $17⁸⁹ | $19⁹⁵ | $36⁹⁹ | $17⁷¹ |
| **Shipping** | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| **Sold By** | E-UNIONA | Jackson Supplies LLC | Ohio Supply | Ohio Supply |
| **System of Measurement** | inch | inch | inch | English/Standard |
| **Number of Items** | — | — | — | 10 |

## Product description

Material: Iron, carbon and silicon alloy composition

Color: Dark grey

Size: 10 PCS 1/2 inch pipe flange

Why give a pipe flange?

Decorative flanges can effectively protect other pipe decorations, and can bring infinite creative inspiration to your home design!

The 3-hole design of the E-UNION floor flange is unique and distinguishes it from most four-flange flanges. The 3-hole design is more solid. This is a great tool to achieve your creativity!

You might worry about such like this.

This floor flange will not be too small, not suitable for my decoration?

Our floor flange caliber and other four-flange flanges are suitable for 1/2 inch, the small circle of the dial is designed to ensure it is more solid.

**NOTE:**

Our floor flanges are mainly made of iron. Although rust-proofing is done, if the decorator decorates it in a humid environment, it will inevitably not rust, so you can do surface painting before decoration. Adapt to your favorite color.

**Aboutreturns policy and our services:**

E-UNIONA has always been committed to providing customers with higher quality products and a comfortable customer experience. If you have any problems with this 1/2 inch floor flange you purchased, you will receive an unconditional refund within **30 days** and a free return service for **6 mouths**.

**Thanks for coming to our store and enjoy your shopping!**

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 43237-2 |
| Item Weight | 10.6 ounces |
| Package Dimensions | 3.8 x 3.8 x 2.8 inches |
| Material | Iron |
| Shape | Circular |
| Measurement System | inch |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B0789BM871 |
| Customer Reviews | 9 customer reviews<br>4.4 out of 5 stars |
| Best Sellers Rank | #8,371 in Tools & Home Improvement (See top 100)<br>#15 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 2.2 pounds (View shipping rates and policies) |
| Date First Available | December 14, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts | Upload your video



So Small compared to real floor flanges

Chris

## Sponsored products related to this item (What's this?)






KES Bathroom Faucet
Vessel Vanity Sink Pop Up
Drain Stopper without
Overflow, Oil R...
398
$16.50

Pipe Decor 3/4" Malleable
Cast Iron Floor Flange 10
Pack, Industrial Steel Grey
Fit...
22
$20.95

SharkBite 22222-0000LFA
Ball Valve 1/2 Inch x 1/2
Inch, Water Valve Shut Off,
Push-...
191
$14.72

New 3 Way 1/2 in Tee PVC
Fitting Elbow - Build
Heavy Duty PVC Furniture
- PVC Half ...
20
$18.99

1/2 Inch Flange – 10 Pack
1/2 Inch Grey Malleable
Cast Iron Pipe Fittings
Floor Fla...
4
$21.85

Ad feedback



tatu

The right brush
will change
your life!

Shop now ▶

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

9

4.4 out of 5 stars

| 5 star | 67% |
| 4 star | 0% |
| 3 star | 33% |
| 2 star | 0% |
| 1 star | 0% |

See all 9 customer reviews

Share your thoughts with other customers

Write a customer review

25

Add to Cart

Ad feedback

## Top customer reviews

Handyman Bill

**too small flange diameter 2.5"**
February 10, 2018
Verified Purchase

good quality just not the right diameter for my application...should have put the diameter (2.5") in the description. It's been my experience that the flange diameter has been 3". That 1/2" diameter makes a big difference in my applications.

3 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

GF

**Not What You Get In Hardware Stores**
February 19, 2018
Verified Purchase

If you're looking for the same product that you would find in Lowes or Home Depot, this isn't the same as the flange that they sell. These are lighter weight and smaller than your typical 1/2 inch flange from your local hardware store. If you're looking for a decorative, light weight flange with little to no admin involved such as degreasing and spray painting afterwards then this is the way to go. I simply prefer the ones sold in the hardware store as it has more of an industrial feel to it and it's the correct size I'm looking for. I returned these the day after I received them, not a bad product but not what I was looking for and they're small in comparison to the 1/2 inch flange in Lowes and Home Depot.

6 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

Trend

**Better than purchased from HD**
March 31, 2018
Verified Purchase

Clean and shine than what I bought before from Home depot.

3 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

Amazon Customer

**Five Stars**
June 15, 2018
Verified Purchase

These are the good quality ones that DO NOT have "China" stamped on them. Excellent!

One person found this helpful

Helpful | Not Helpful | Comment | Report abuse

Lorraine Wendell

**As describe by others light weight but great for the project**
May 2, 2018
Verified Purchase

As describe by others light weight but great for the project. I used these at each end of a 7" pipe to make legs on a desk. Looked great.

Helpful | Not Helpful | Comment | Report abuse

Elvis C.

**Five Stars**
June 28, 2018
Verified Purchase

made in china but they do the job. no problem with them at all

## Customer images

See all customer images

## Most recent customer reviews

fernando

**Five Stars**
Perfect the product and delivery.
Published 1 month ago

**Search customer reviews**

Search

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|



Yentami D

**Fácil de utilizar y excelente presentación y calidad** 👍😊

July 6, 2018
Verified Purchase

Excelente!!! Hice un mueble para la cocina

One person found this helpful

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

lily

**I am very happy that I purchased these flanged castings and they made ...**

June 12, 2018
Verified Purchase

I am very happy that I purchased these flanged castings and they made me complete a great design. This is exactly what I expected and continue to buy for my another project.

| Helpful | Not Helpful | Comment | Report abuse |
|---|---|---|---|

See all 9 reviews

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA

Set up a giveaway

## Customers who viewed this item also viewed









Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch...
22
$19.95

1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack
7
$36.99

CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack
10
$15.49

Tee ,Black 1/2"
13
$17.71

Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack
18
$15.99



1/2 Inch Flange - 10 Pack
1/2 Inch Grey Malleable
Cast Iron Pipe Fittings
Floor Flange by TOPODO
4

$21.85



28                    Add to Cart

Ad feedback

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
> See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English        United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT D



Try Prime          Tools & Home Improvement ▾          floor flanges

Shop Back to School deals

Deliver to
Losangeles 90001          Departments ▾          Your Amazon.com          EN ▾          Hello, Sign in
Account & Lists ▾          Orders          Try Prime ▾          0 Cart

Tools & Home Improvement      Best Sellers      Deals & Savings      Gift Ideas      Power & Hand Tools      Lighting & Ceiling Fans      Kitchen & Bath Fixtures      Smart Home

Off to College in Home  Sponsored by HP  Shop now ▸

‹ Back to search results for "floor flanges"

**10 PACK**

Flange
eaded
ial
unk
or

lyn

r reviews

ng

r Brooklyn
d floor
ll your

r you're
f, pipe towel
h pipe

hole flange
nd provides
s. Whether
rial,
actory look,
into your

Roll over image to zoom in

Share

**$17.00**
+ $5.80 shipping

**Get it as soon as Aug. 10 - 15**
when you choose **Standard
Shipping** at checkout.

**Only 2 left in stock - order
soon.**
Ships from and sold by
HomeNaturalSupply.

Qty: 1 ▾

$17.00 + $5.80 shipping

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

[ Add to List ]

Have one to sell?      [ Sell on Amazon ]

- ........ have 4
  holes, our design sets us apart while
  providing a strong triangular mounting
  configuration which spreads out the
  payload evenly
- RAW IRON - Malleable iron is raw,
  unfinished iron. This means that you
  will need to seal or paint the flanges for
  your project. When handling raw iron
  it's normal for your hands to get dirty.
  You've probably seen iron workers in
  movies, they don't come home clean!
- NO CHINA STAMP – Our forged
  malleable iron flange doesn't have the
  word "CHINA" stamped into the flange
  which is another reason why Brooklyn
  Pipe stands out in the pipe fitting
  products that are on the market. Our 3
  hole flange is just as strong as the
  competition but simply looks better!
› See more product details

Compare with similar items

New (1) from $17.00 + $5.80 shipping



Ad feedback

## Frequently bought together



Total price: $56.96

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** 10 Pack 3/4" Floor Flange Iron Pipe Floor Threaded Pipe Fitting Industrial Dark Gray Steampunk… **$17.00**

☑ Black Cast Pipe Fitting, Tee, 3/4", 10-Pack $23.97

☑ Cap,Black 3/4" $15.99

## Sponsored products related to this item (What's this?)



10Pcs 3/4-Inch Grey
Malleable Cast Iron Pipe
Fittings Floor Flange BSP
Threaded Hol…
                     7
$18.89

1/2 Inch Flange - 10 Pack
1/2 Inch Grey Malleable
Cast Iron Pipe Fittings
Floor Fla…
               4
$21.85

PIPE DÉCOR 12LGBRKT
Rustic and Chic Industrial
Inspired Straight Shelf
Bracket Comp…
                  35
$29.95

AUTOUTLET 10pcs 3/4"
Malleable Thread Iron
Floor Flange Black Pipe
Fitting,Perfect …
             4
$22.95

3/4" Pipe Flange (10 Piece
Set) Black Metal Mounting
for DIY Floating Wall
Shelves,…
                   2
$24.79

Ad feedback

## Customers who bought this item also bought



Black Cast Pipe Fitting,
Tee, 3/4", 10-Pack
                13
$23.97

Cap,Black 3/4"
          10
$15.99

Everflow Supplies
PCBL3418 18" Long Pre-
Cut Black Steel Pipe with
3/4" Nominal Size…
                86
$18.99

Black Cast Pipe Fitting,
Elbow 90, 3/4", 10-Pack
              18
$18.23

3/4" x 10" Black Pipe
Malleable Gas Steel
Nipples Fitting – Black
Finish – 10 Pack
               3
$43.97

Black Cast Pipe Fitting,
Nipple, 3/4" x 12-inch
Length, 10-Pack
                        S
$43.67

## Special offers and product promotions

- **Your cost could be $0.00 instead of $17.00**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items





| | This item 10 Pack 3/4" Floor Flange Iron Pipe Floor Threaded Pipe Fitting Industrial Dark Gray Steampunk Vintage Retro Decor Furniture DIY Wall Plumbing by Brooklyn Pipe | Black Cast Pipe Fitting, Tee, 3/4", 10-Pack | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | KINGSO 10 Pack 3/4" Black Malleable Iron Floor Flange Pipe Fittings, Perfect for Industrial Pipe Furniture and DIY Decor (3/4") |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (12) | (13) | (9) | (1) |
| Price | $17⁰⁰ | $23⁹⁷ | $17⁸⁹ | $26⁹⁹ |
| Shipping | $5.80 | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | HomeNaturalSupply | Plumbing Products Unlimited | E-UNIONA | KING SO |
| System of Measurement | inch | English/Standard | inch | metric, inch |
| Number of Items | — | 10 | — | — |

## Product description

**Get Your DIY Project Done Today!**
Let Brooklyn Pipe flanges be your secret weapon to help you get all your DIY projects done. Our flanges provide the perfect Industrial, Steampunk look at a fraction of those other "Vintage" brands. If you have any questions about your project please reach out to us and we'll be happy to help design your pipe furniture, shelving, towel racks, or even your new pipe bed.

SPECIFICATIONS
√ Flange Size: 2.75"

## Product information

## Technical Details

| | |
|---|---|
| Item Weight | 2.62 pounds |
| Package Dimensions | 5.5 x 3.1 x 3 inches |
| Color | Iron |
| Measurement System | inch |
| Batteries Included? | No |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B07B9XKP9L |
| Customer Reviews | 12 customer reviews<br>4.4 out of 5 stars |
| Best Sellers Rank | #40,957 in Tools & Home Improvement (See top 100)<br>#185 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 2.62 pounds (View shipping rates and policies) |
| Date First Available | April 13, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts (0)  Upload your video



**Be the first video**
Your name here

## Sponsored products related to this item  (What's this?)

    

| US TRENCH DRAIN, 83330 - Black Polymer Corner with Black Polymer Grate for Regular ... | US TRENCH DRAIN, 83300 - 3.33 ft Regular Trench Drain - Black Polymer, Heel Friendl... | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... | US TRENCH DRAIN 83500-3 Compact Trench Drain Black Polymer and Heel Friendly Grate, ... | AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ... |
|---|---|---|---|---|
| 8 | 5 | 22 | 24 | 4 |
| $19.99 | $45.99 | $20.95 | $87.99 | $21.95 |

Ad feedback



PRIME ORIGINAL

sneaky pete

TRY PRIME NOW | prime

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

12

4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 0% |
| 3 star | | 25% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 12 customer reviews

Share your thoughts with other customers

[ Write a customer review ]



32

[ Shop now ]

Ad feedback

## Top customer reviews

 Cinstress  **TOP 1000 REVIEWER**

**Great flanges for so many different industrial or farmhouse looks**

April 28, 2018

Verified Purchase

These are exactly what I was looking for- and I could not find it at the big home improvement stores in my area. Industrial shelving is going up in my son's room soon and these will make the process so much easier. But I also found another easy project that uses these to make an industrial shelving unit. You only need three boards and some pipes and these flanges- an extra $30 in materials could make a shelving unit worth over $150.

I will need to order some more of these for all the projects I have swirling in my head.

These are high quality flanges, not made in China, that have a million different uses.

### Customer images



See all customer images

### Most recent customer reviews

ed gaither

**Great flanges**

Early Reviewer Rewards

Arrived on time and they work great. Will order these again.

Published 10 days ago

Jac

**Dirty**

Dirty
Published 26 days ago

Mike Wilson

**Worked well for shelves**

I got these to make some kitchen shelving for the Industrial look. These worked great to anchor the shelves to the wall. They are sturdy and solid. Exactly what I was looking for.
Published 2 months ago

Amazon Customer

**Missing one piece**

I had ordered a pack of 10, but there was only 9 pieces in the box. I had to go buy the extra piece from the hardware store because I could not wait to return it. Ughh.
Published 2 months ago

**Search customer reviews**

| | Search |

2 people found this helpful

| Helpful | | Not Helpful | Comment | Report abuse |

Amazon Customer

**Strong, level flanges with unique smaller diameter**

May 27, 2018
Verified Purchase    Early Reviewer Rewards  (What's this?)

Super happy with this purchase. I paired these flanges with 8" long 3/4" pipes (purchased separately on Amazon) to make lifts to raise up a low king size bed frame. The flanges are perfectly level and there's zero wobble in the frame with the lifts screwed into the bedposts and center beam. This flange's diameter is smaller than any other flanges I found that fit 3/4" pipes, fitting my bedposts well, but is heavy duty enough to easily handle the load. With 3" felt protectors to keep the floor from getting scratched, this was a great way to permanently raise the bed.

2 people found this helpful

| Helpful | | Not Helpful | Comment | Report abuse |

Chris mallow

**Awesome product!**

May 18, 2018
Verified Purchase

Awesome product! They don't say CHINA on them like the ones at the big box stores so they are great for indoor use!
Way cheaper than big box stores as well!

One person found this helpful

| Helpful | | Not Helpful | Comment | Report abuse |

Amazon Customer

**worked awesome.**

July 24, 2018
Verified Purchase

Made a furniture, worked awesome.

| Helpful | | Not Helpful | Comment | Report abuse |

Nurse Bex  Top Contributor: Activewear  **TOP 500 REVIEWER**

**Good Value**

June 21, 2018
Verified Purchase

I thought these were a pretty good deal. They were a little smaller and lighter in weight than I expected but this isn't an issue for the purpose I'm using them for.

Constructive Critique | Since they're advertised for use as "DIY Furniture," as opposed to plumbing, I feel it's appropriate to point out the following...

1) They have markings/stamps: Some may like this feature as they believe it adds to the industrial charm, I do not; however, I have yet to locate flanges that are 100% free of logos and markings. (BTW: My attempt to remove them with a Dremel was not successful, Lol.) I do appreciate that they at least do not have a "Made in China" stamp on the surface. Despite my respect for China, that phrase has come to subconsciously cheapen

the look of any product.

2) They're greasy/dirty: It would be great if they came cleaned up and electroplated so that they can avoid becoming rusty in the event that they're cleaned and then not immediately painted (with a rust proof paint). I know there's some "DIY technique" for this, I just haven't found it yet, and would prefer to not need to experiment on them once I do. Accordingly, at this point, I'll need to clean and paint them in order to utilize

Helpful    Not Helpful    Comment    Report abuse

Brian Edstrom

**Five Stars**

June 15, 2018
Verified Purchase    Early Reviewer Rewards  (What's this?)

Worked perfect for my shelf project

Helpful    Not Helpful    Comment    Report abuse

Frank Potter

**Sturdy, awesome look, great product!**

June 1, 2018
Verified Purchase    Early Reviewer Rewards  (What's this?)

These worked great for our railing project we had! Look awesome and are super sturdy!

Helpful    Not Helpful    Comment    Report abuse

Jill

**… are a little smaller than a normal flame but perfect for DIY projects**

June 8, 2018
Verified Purchase    Early Reviewer Rewards  (What's this?)

These are a little smaller than a normal flame but perfect for DIY projects!

Helpful    Not Helpful    Comment    Report abuse

See all 12 reviews

Write a customer review

## Customers who viewed this item also viewed



Black Cast Pipe Fitting,
Tee, 3/4", 10-Pack
          13
$23.97



3/4" Malleable Black Iron
Floor Flange Threaded
Bearing Pipe Fittings for
Industrial Furniture/DIY…
          4
$25.95



Black Cast Pipe Fitting,
Nipple, 3/4" x 12-inch
Length, 10-Pack
          5
$43.67



3/4" x 10" Black Pipe
Malleable Gas Steel
Nipples Fitting – Black
Finish – 10 Pack
          3
$43.97



KINGSO 10 Pack 3/4"
Black Malleable Iron Floor
Flange Pipe Fittings,
Perfect for Industrial,…
          1
$26.99



Black Cast Pipe Fitting,
Elbow 90, 3/4", 10-Pack
                    18
$18.23



Ad feedback

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English          United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT E

Try Prime

Tools & Home Improvement ▾    floor flanges

Delivery to
Losangeles 90001    Departments ▾    Your Amazon.com    EN ▾    Hello, Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

## Shop Off to College deals

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

$10 & under with FREE shipping    Shop now ›

‹ Back to search results for "floor flanges"

Share



1" Flange
$32.99

3/4" Flange
$26.99

3/4" Tee
$30.09

Elbow
$20.59

Roll over image to zoom in

Ad feedback

$26.99
& FREE Shipping. Details
Want it tomorrow, Aug. 7? Order within 11 hrs 48 mins and choose One-Day Shipping at checkout. Details

In Stock.
Sold by KING SO and Fulfilled by Amazon. Gift-wrap available.

Qty: 1 ▾

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

Add to List

Have one to sell?    Sell on Amazon

## Frequently bought together

Total price: $66.95
Add all three to Cart
Add all three to List



One of these items ships sooner than the other. Show details

☑ **This item:** KINGSO 10 Pack 3/4" Black Malleable Iron Floor Flange Pipe Fittings, Perfect for Industrial Pipe… $26.99
☑ Black Cast Pipe Fitting, Tee, 3/4", 10-Pack $23.97
☑ Cap,Black 3/4" $15.99

## Sponsored products related to this item (What's this?)

   

| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,... | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retr... | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... |
| 7 | 4 | 2 | 9 | 22 |
| $18.89 | $21.85 | $24.79 | $17.89 | $19.95 |

Ad feedback

## Customers who bought this item also bought

   

| Black Cast Pipe Fitting, Tee, 3/4", 10-Pack | Cap,Black 3/4" | Black Cast Pipe Fitting, Elbow 90, 3/4", 10-Pack | 3/4" x 10" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish – 10 Pack | Black Cast Pipe Fitting, Nipple, 3/4" x 12-inch Length, 10-Pack |
| 13 | 10 | 18 | 3 | 5 |
| $23.97 | $15.99 | $18.23 | $43.97 | $43.67 |



Everflow Supplies NPBL3412 12" Long Black Steel Nipple Pipe Fitting with 3/4" Nominal Size...
17
1 offer from $3.31

## Special offers and product promotions

Size: **3/4" Flange**

- **Your cost could be $0.00 instead of $26.99**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description

# KingSo

# 10 PACK 3/4"

## BLACK MALLEABLE IRON
## FLOOR FLANGE PIPE FITTINGS



## Black Malleable Iron Material, Sturdy and Durable, Strong Bearing Force



### Material:
Black Malleable Iron



### Threads:
Pipe Threads, General Purpose ASME B1.20.1



Each floor flange has four bolt holes designed for connecting to wall, floor, or other surface.



### Strong Bearing Force

### Size:



13.5 mm    25mm    83mm



Pipe furniture    Pipe clothing racks

Great for industrial pipe furniture, DIY decor projects

**KINGSO 10 Pack 3/4" Black Malleable Iron Floor Flange Pipe Fittings**

Malleable Iron Material, Sturdy and Durable, Strong Bearing Force
Because of it's industrial malleable iron material and rustic design, it will bring your house or store a Loft Retro Industrial charm, and also, it's a stury and durable flange pipe fittings.

Great for industrial pipe furniture, DIY decor projects

Floor flange pipe fittings are perfect for DIY projects. Can be used to make pipe furniture, pipe clothing racks, pipe shelving, pipe table legs, industrial decor, etc.
Each floor flange has four bolt holes designed for connecting to wall, floor, or other surface.

**Included:** 10 pack black floor flange
**Material:** Malleable Iron
**Thickness:** 13.5mm, Center Hole Diameter: 25mm, Total Diameter: 83mm
**Threads:** Pipe Threads, General Purpose ASME B1.20.1

**Note:**
Due to the different display and different light, the picture may not reflect the actual color of the item. Thanks for your understanding.
Please allow a little differs due to manual measurement.

## Compare with similar items

      

| | **This item** KINGSO 10 Pack 3/4" Black Malleable Iron Floor Flange Pipe Fittings, Perfect for Industrial Pipe Furniture and DIY Decor (3/4") | Black Cast Pipe Fitting, Tee, 3/4", 10-Pack | Everflow Supplies PCBL3418 18" Long Pre-Cut Black Steel Pipe with 3/4" Nominal Size Diameter | Black Cast Pipe Fitting, Elbow 90, 3/4", 10-Pack |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | See Details | Add to Cart |
| **Customer Rating** | (1) | (13) | (86) | (18) |
| **Price** | $26⁹⁹ | $23⁹⁷ | $18⁹⁹ | $18²³ |
| **Shipping** | FREE Shipping | FREE Shipping | Exclusively for Prime members | FREE Shipping |
| **Sold By** | KING SO | Plumbing Products Unlimited | Amazon.com | Plumbing Products Unlimited |
| **System of Measurement** | metric, inch | English/Standard | inch | English/Standard |
| **Number of Items** | — | 10 | 1 | 10 |

## Product information

Size:3/4" Flange

### Technical Details

| | |
|---|---|
| Part Number | KINGSOokiuhg3664 |
| Item Weight | 3.5 pounds |
| Product Dimensions | 3.5 x 3.5 x 0.1 inches |
| Item model number | KINGSOokiuhg3664 |
| Size | 3/4" Flange |
| Measurement System | metric, inch |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B076BNMDPB |
| Customer Reviews | 1 customer review 5.0 out of 5 stars |
| Best Sellers Rank | #62,273 in Tools & Home Improvement (See top 100) #338 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 3.5 pounds (View shipping rates and policies) |
| Date First Available | October 10, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item (What's this?)



Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit...

22

$20.95

1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla...

4

$21.85



Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY...

13

$15.95



AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ...

4

$21.95



Pipe Decor 38FLG10PK 3/8-Inch Flange Industrial Steel Grey Compatible with Standard...

5

$17.95

Ad feedback



RIVET

Area rugs starting at $69.99

Shop now ›

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

See all 1 customer reviews

### Top customer reviews

Richard

**Five Stars**
December 26, 2017
Size: 3/4" Flange    Verified Purchase

It is good product. It is easy to use. The corner shelf that we made is very stable.love it.

Helpful    Not Helpful    Comment    Report abuse

See the review

Write a customer review



RIVET
Area rugs starting at $69.99
Shop now

Ad feedback

Share your thoughts with other customers

Write a customer review

**Search customer reviews**

Search

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** KINGSO 10 Pack 3/4" Black Malleable Iron Floor Flange Pipe Fittings, Perfect for Industrial Pipe Furniture and DIY Decor (3/4")

Set up a giveaway

## Customers who viewed this item also viewed



Black Cast Pipe Fitting, Tee, 3/4", 10-Pack
13
$23.97



3/4" Malleable Black Iron Floor Flange Threaded Bearing Pipe Fittings for Industrial Furniture/DIY…
4
$25.95



Black Cast Pipe Fitting, Elbow 90, 3/4", 10-Pack
18
$18.23



Black Cast Pipe Fitting, Nipple, 3/4" x 12-inch Length, 10-Pack
5
$43.67

10 Pack 3/4" Floor Flange Iron Pipe Floor Threaded Pipe Fitting Industrial Dark Gray Steampunk Vintage….
12
$17.00





3/4" x 10" Black Pipe
Malleable Gas Steel
Nipples Fitting - Black
Finish - 10 Pack

$43.97

REESE'S BOOK CLUB
x Hello Sunshine on Audible

Reese picks a book.
You hear it on Audible. Sounds amazing.

GET IT FREE WHEN YOU START A TRIAL >

Ad feedback

**Pages with related products.** See and discover other items: Best Rated in Pipe Fittings & Pipes, Best Rated in Pipe Fittings, black furniture decor

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Investor Relations | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon Devices | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | › See all | | Help |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business |
| AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants | Amazon Web Services Scalable Cloud Computing Services |
| Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items |
| Prime Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT F

Shop Back to School deals

Try Prime

Tools & Home Improvement ▼   floor flanges

Deliver to
Losangeles 90001

Departments ▼    Your Amazon.com ▾

EN ▾   Hello, Sign in
Account & Lists ▼    Orders    Try Prime ▼    0  Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Off to College in Home    Sponsored by HP    Shop now ▸

‹ Back to search results for "floor flanges"



Share

**$18.88**

FREE Shipping   on orders over
$25—or get **FREE Two-Day
Shipping** with Amazon Prime

**Want it Wednesday, Aug. 8?**
Order within **20 hrs 10 mins** and
choose **One-Day Shipping** at
checkout. Details

Only 19 left in stock -
order soon.
Sold by Long Time Trading and
Fulfilled by Amazon. **Gift-wrap**
available.

Qty:  1  ▾

☐ Yes, I want **FREE Two-Day
   Shipping** with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

[ Add to List ]

Have one to sell?    [ Sell on Amazon ]

Roll over image to zoom in

Ad feedback

**Frequently bought together**



Total price: **$52.58**

[ Add all three to Cart ]

[ Add all three to List ]

Some of these items ship sooner than the others. Show details

☑ **This item:** YaeTek 1/2" Malleable Iron Pipe floor Flange Threaded Fitting Perfect for Industrial Pipe Furniture... $18.88

☑ Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack $15.99

☑ Tee ,Black 1/2" $17.71

## Sponsored products related to this item (What's this?)

    

| | | | | |
|---|---|---|---|---|
| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,... | 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | Rustic Pipe Decor Industrial Shelf Brackets – Double Flange Bracket Set of Four, Ir... |
| 7 | 2 | 4 | 7 | 1 |
| $18.89 | $24.79 | $21.85 | $17.97 | $17.99 |

Ad feedback

## Customers who bought this item also bought

   

| | | | | |
|---|---|---|---|---|
| 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack | Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack | Tee ,Black 1/2" | 10 Pack 1/2" x Close Pipe Nipple Male NPT Threaded DIY Projects Industrial Steampunk Vintage Retro Decor Furniture DIY Wall... | CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack |
| 7 | 18 | 13 | | 10 |
| $36.99 | $15.99 | $17.71 | $12.99 | $15.49 |



YaeTek Tee, Black, 1/2-Inch Cast Iron Malleable Pipe Fitting Class 150-10 Pack
$18.99

## Special offers and product promotions

- **Your cost could be $0.00 instead of $18.88!** Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items



|  | This item YaeTek 1/2" Malleable Iron Pipe floor Flange Threaded Fitting Perfect for Industrial Pipe Furniture and DIY Decor - Black - 1/2 Inch - Pack of 10 | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch Threaded Black Pipes and Fittings, Build Vintage DIY Furniture Shelving, Ten Plumbing Flanges | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (1) | (22) | (9) | (7) |
| **Price** | $18⁸⁸ | $19⁹⁵ | $17⁸⁹ | $36⁹⁹ |
| **Shipping** | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| **Sold By** | Long Time Trading | Jackson Supplies LLC | E-UNIONA | Ohio Supply |
| **System of Measurement** | inch | inch | inch | inch |
| **Number of Items** | — | — | — | — |

## Product description

YaeTek 1/2" Malleable Iron Pipe floor Flange Threaded Fitting Perfect for Industrial Pipe Furniture and DIY Decor - Black - 1/2 Inch - Pack of 10

Diameter of the Flange: about 85MM.

## Product information

### Technical Details

| Item Weight | 3.47 pounds |
|---|---|
| Package Dimensions | 7.8 x 6.6 x 2.4 inches |
| Measurement System | inch |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| ASIN | B078NPSXMR |
|---|---|
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #182,297 in Tools & Home Improvement (See top 100)<br>#1,562 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Shipping Weight | 3.47 pounds (View shipping rates and policies) |
| Date First Available | December 27, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to tell us about a lower price?

## Related Video Shorts | Upload your video



Cheap and small black malleable floor flanges

Chris

## Sponsored products related to this item (What's this?)

      

| 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... | AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ... | US TRENCH DRAIN 83500- 3 Compact Trench Drain Black Polymer and Heel Friendly Grate,... | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... |
|---|---|---|---|---|
| 4 | 13 | 4 | 24 | 22 |
| $21.85 | $15.95 | $21.95 | $87.99 | $20.95 |

Ad feedback



RIVET ®

Area rugs starting at $69.99

Shop now ›



Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

See all 1 customer reviews

Share your thoughts with other customers

Write a customer review

### Top customer reviews

Christal

**Great!**
April 14, 2018
Verified Purchase

We had to buy different wall anchors but worked otherwise.

Helpful   Not Helpful   Comment   Report abuse

**See the review**

Write a customer review


RIVET
**Apartment-ready sofas**
**30-day free returns**
Shop now›

Ad feedback

### Search customer reviews

Search

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** YaeTek 1/2" Malleable Iron Pipe floor Flange Threaded Fitting Perfect for Industrial Pipe Furniture and DIY Decor - Black - 1/2 Inch - Pack of 10

Set up a giveaway

## Customers who viewed this item also viewed



Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch...
22
$19.95



10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor,...
9
$17.89



1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack
7
$36.99



1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO
4
$21.85



10 Pack 1/2" Cast Iron Floor Flange, CBTONE Black Flange Pipe Fittings with Threaded Hole for...
1
$17.99



Black Cast Pipe Fitting,
Elbow 90, 1/2", 10-Pack
18
$15.99


## SOLIMO
### Our new, value Amazon brand  shop now ›

Ad feedback

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English　　　United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Fame Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT G



Try Prime

Deliver to
Los angeles 90001

Departments ▾    Your Amazon.com

Tools & Home Improvement ▾    floor flanges

EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

**Shop Off to College deals**

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

$10 & under with FREE shipping    Shop now ▸

‹ Back to search results for "floor flanges"



PACK OF 10

Roll over image to zoom in

SELLERS360

### 1/2 inch Flange Black Malleable Iron Floor Pipe Fittings for Industrial Pipe Furniture & DIY Décor [ Pack of 10]

1 customer review

Price: **$19.99**
FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

Size: **1/2 inch Flange**

| 1/2 inch Flange | 3/4 inch Flange |
| $19.99 | $24.99 |

- √[ HIGH STRENGTH & PRODUCT SIZE ? ] : Casting is mainly composed of iron, carbon and silicon alloy composition, with high strength, strong, sturdy, good toughness, plasticity and machinability. Inside Diameter 1/2" inch, Outside Diameter 3 17/50" inch & Each Flange Weight 0.32 lbs.
- √[ MATERIAL ? ] : Casting has surface frosted, anti-rust treatment, threaded alignment, chassis formation.
- √[ WHERE CAN BE USED ?] Floor flange cab be used to make heavy duty bookshelves, drying racks, put objects, retro lighting, and other crafts. Also, can be used in DIY projects, innovative projects, industrial pipe furniture, industrial pipe décor, home décor projects, curtain support, mount shelf brackets on wall, build tables, bookcases, toilet paper holders, making legs for furniture using pipes, heavy duty coffe bar and more.
- √ [ PIPE THREADS ? ] General Purpose ASME B1.20.1, production temperature: 1800 °C size error: 5mm
- √[PACKAGE INCLUDES ] : 1/2" IN 10PCS Black Malleable Cast Iron Flange

› See more product details

New (1) from $19.99 & FREE shipping on orders over $25.00 shipped by Amazon. Details



Share

$19.99

FREE Shipping    on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

**Want it tomorrow, Aug. 7?** Order within 11 hrs 36 mins and choose **One-Day Shipping** at checkout. Details

In Stock.
**Sold by** Sellers360 Inc. and Fulfilled by Amazon. Gift-wrap available.

Qty: 1 ▾

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

**Add to Cart**

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

**Add to List**

Have one to sell?    Sell on Amazon



Ad feedback

## Frequently bought together



Total price: **$72.47**

[ Add all three to Cart ]

[ Add all three to List ]

One of these items ships sooner than the other. Show details

☑ **This item:** 1/2 inch Flange Black Malleable Iron Floor Pipe Fittings for Industrial Pipe Furniture & DIY Décor.... $19.99
☑ CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack $15.49
☑ 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting – Black Finish – 10 Pack $36.99

## Sponsored products related to this item (What's this?)



| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retr... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,... | 1/2 Inch Flange – 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... |
|---|---|---|---|---|
| 7 | 9 | 2 | 4 | 7 |
| $18.89 | $17.89 | $24.79 | $21.85 | $17.97 |

Ad feedback

## Customers who bought this item also bought



| CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting – Black Finish – 10 Pack | Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack | Tee ,Black 1/2" | 10 Pack 1/2" x Close Pipe Nipple Male NPT Threaded DIY Projects Industrial Steampunk Vintage Retro Decor Furniture DIY Wall,... |
|---|---|---|---|---|
| 10 | | 18 | 13 | |
| $15.49 | 7 | $15.99 | $17.71 | $12.99 |
| | $36.99 | | | |

**(10-PK) 1/2" X 12" Black
Steel Pipe Nipple**
1
$31.99

---

## Special offers and product promotions

Size: **1/2 inch Flange**

* **Your cost could be $0.00 instead of $19.99!** Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

┌─────────────────────────────────────────────────────────────────────────┐
│                                                                           │
└─────────────────────────────────────────────────────────────────────────┘

## Product description

Size:**1/2 inch Flange**

Because of it's industrial malleable iron material and rustic design, it will bring your house or store a Loft Retro Industrial charm, and also, it's a stury and durable flange pipe fittings.Floor flange pipe fittings are perfect for DIY projects. Can be used to make pipe furniture, pipe clothing racks, pipe shelving, pipe table legs, industrial decor, etc. Each floor flange has four bolt holes designed for connecting to wall, floor, or other surface.

## Product information

Size:**1/2 inch Flange**

### Technical Details

| | |
|---|---|
| Item Weight | 3.5 pounds |
| Package Dimensions | 6.5 x 5.6 x 2.6 inches |
| Size | 1/2 inch Flange |
| Material | Forged |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B07BWQR7H6 |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #66,779 in Tools & Home Improvement (See top 100)<br>#491 in Industrial & Scientific > Hydraulics, Pneumatics & Plumbing > Tubing, Pipe & Hose<br>#611 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories |
| Shipping Weight | 3.5 pounds (View shipping rates and policies) |
| Date First Available | April 3, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts (0)  Upload your video



Be the first video

Your name here

## Sponsored products related to this item (What's this?)









| 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Fla... | Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... | AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... |
|---|---|---|---|---|
| 4 | 13 | 4 | 7 | 22 |
| $21.85 | $15.95 | $21.95 | $17.97 | $20.95 |

Ad feedback



RIVET®

Area rugs starting at $69.99

Shop now ›

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | 100% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |

| | |
|---|---|
| 2 star | 0% |
| 1 star | 0% |

See all 1 customer reviews

## Top customer reviews

Cbow

**Five Stars**

July 6, 2018
Size: 1 inch Flange    Verified Purchase

Cheap decorative flanges... I wouldn't use them for actual plumbing though..

Helpful    Not Helpful    Comment    **Report abuse**

25

Add to Cart

Ad feedback

**See the review**

Write a customer review

**Search customer reviews**

Search

## Customers who viewed this item also viewed



Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch...
22
$19.95



10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor...
9
$17.89



1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting – Black Finish - 10 Pack
7
$36.99



Black Cast Pipe Fitting, Elbow 90, 1/2", 10-Pack
18
$15.99



1/2 Inch Flange – 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO
4
$21.85



Tee ,Black 1/2"
13
$17.71



Ad feedback

Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies

Investor Relations

Amazon Devices

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |

Amazon Music
Stream millions
of songs

AmazonFresh
Groceries & More
Right To Your Door

Audible
Download
Audiobooks

Fabric
Sewing, Quilting
& Knitting

Prime Photos
Unlimited Photo Storage
Free With Prime

Amazon Drive
Cloud storage
from Amazon

Amazon Global
Ship Orders
Internationally

Book Depository
Books With Free
Delivery Worldwide

Goodreads
Book reviews
& recommendations

Prime Video Direct
Video Distribution
Made Easy

Woot!
Deals and
Shenanigans

6pm
Score deals
on fashion brands

Home Services
Handpicked Pros
Happiness Guarantee

Box Office Mojo
Find Movie
Box Office Data

IMDb
Movies, TV
& Celebrities

Shopbop
Designer
Fashion Brands

Zappos
Shoes &
Clothing

AbeBooks
Books, art
& collectibles

AmazonImprint
Digital Educational
Resources

Comixology
Thousands of
Digital Comics

IMDbPro
Get Info Entertainment
Professionals Need

Ten Marks.com
Math Activities
for kids & Schools

Souq.com
Shop Online in
the Middle East

ACX
Audiobook Publishing
Made Easy

Amazon Inspire
Fun stores for
kids on the go

CreateSpace
Indie Print Publishing
Made Easy

Junglee.com
Shop Online
in India

Amazon Warehouse
Great Deals on
Quality Used Products

Subscribe with Amazon
Discover & try
subscription services

Alexa
Actionable Analytics
for the Web

Amazon Restaurants
Food delivery from
local restaurants

DPReview
Digital
Photography

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Amazon Business
Everything For
Your Business

Amazon Web Services
Scalable Cloud
Computing Services

East Dane
Designer Men's
Fashion

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Withoutabox
Submit to
Film Festivals

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT H

Try Prime

Tools & Home Improvement ▾    floor flanges

Shop Back to School deals

Deliver to
Losangeles 90001    Departments ▾    Your Amazon.com     EN ▾   Hello, Sign in
Account & Lists ▾    Orders    Try Prime ▾    0   Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

$10 & under with FREE shipping   Shop now ›

‹ Back to search results for "floor flanges"

TOPODO

Share



Roll over image to zoom in

$21.85

FREE Shipping   on orders over
$25—or get FREE Two-Day
Shipping with Amazon Prime

In stock on August 13,
2018.
Order it now.
Sold by TOPODO and Fulfilled by
Amazon. Gift-wrap available.

Qty:   1 ▾

☐ Yes, I want FREE Two-Day
   Shipping with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

Deliver to Losangeles 90001

Add to List

Have one to sell?    Sell on Amazon

Compare with similar items

New (1) from $21.85 & FREE shipping on
orders over $25.00 shipped by Amazon.
Details

Ad feedback

**Frequently bought together**

Total price: $74.33



Add all three to Cart

Add all three to List

Some of these items ship sooner than the others. Show details

☑ **This item:** 1/2 Inch Flange – 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO  $21.85

☑ 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack  $36.99

☑ CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack  $15.49

## Sponsored products related to this item (What's this?)



| | | | | |
|---|---|---|---|---|
| 10Pcs 3/4-inch Grey Malleable Cast Iron Pipe Fittings Floor Flange BSP Threaded Hol... | 3/4" Pipe Flange (10 Piece Set) Black Metal Mounting for DIY Floating Wall Shelves,... | Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... | Rustic Pipe Decor Industrial Shelf Brackets – Double Flange Bracket Set of Four, Ir... | 2 Inch ABS Shower Drain Base Flange For Shower Linear Drain - Threaded Adjustable A... |
| 7 | 2 | 13 | 1 | |
| $18.89 | $24.79 | $15.95 | $17.99 | $16.00 |

Ad feedback

## Customers who bought this item also bought



| | | | | |
|---|---|---|---|---|
| 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting - Black Finish - 10 Pack | CTX Piping Not Available Black Cast Pipe Fitting, Cap, 1/2", 10-Pack | Tee ,Black 1/2" | 10 Pack 1/2" x Close Pipe Nipple Male NPT Threaded DIY Projects Industrial Steampunk Vintage Retro Decor Furniture DIY Wall... | Gimiton 4 Pack 4 Way Pipe Fitting Malleable Iron DN15 1/2 Black Malleable Cast Iron Pipe Tee fitting Industrial Steel Side... |
| 7 | 10 | 13 | | |
| $36.99 | $15.49 | $17.71 | $12.99 | $14.99 |



YaeTek Tee, Black, 1/2-Inch Cast Iron Malleable Pipe Fitting Class 150-10 Pack
$18.99

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** 1/2 Inch Flange - 10 Pack 1/2 Inch Grey Malleable Cast Iron Pipe Fittings Floor Flange by TOPODO | 10Pcs 1/2-INCH Floor Flange Industrial Steel Malleable Cast Iron Pipe Fittings Retro Decor Furniture DIY BSP Threaded Hole By E-UNIONA | Pipe Decor 1/2" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fits Standard Half Inch Threaded Black Pipes and Fittings, Build Vintage DIY Furniture Shelving, Ten Plumbing Flanges | 1/2" x 12" Black Pipe Malleable Gas Steel Nipples Fitting – Black Finish – 10 Pack |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (4) | (9) | (22) | (7) |
| **Price** | $21⁸⁵ | $17⁸⁹ | $19⁹⁵ | $36⁹⁹ |
| **Shipping** | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| **Sold By** | TOPODO | E-UNIONA | Jackson Supplies LLC | Ohio Supply |
| **System of Measurement** | metric, inch | inch | inch | inch |
| **Number of Items** | — | — | — | — |

## Product description

Size:1/2"
Center Hole Diameter: 20mm
Total Diameter: 80mm

Color:Grey
Materials:cast iron
Connection Method:screw

Package Included:
10 x 1/2" flange

## Product information

### Technical Details

| | |
|---|---|
| Item Weight | 4.85 pounds |
| Package Dimensions | 7.9 x 3.9 x 2.9 inches |
| Measurement System | metric, inch |

### Additional Information

| | |
|---|---|
| ASIN | B07CSLX2T7 |
| Customer Reviews | 4 customer reviews |
| | 5.0 out of 5 stars |

| | | | |
|---|---|---|---|
| Batteries Included? | No | Best Sellers Rank | #162,061 in Tools & Home Improvement (See top 100) #1,361 in Tools & Home Improvement > Rough Plumbing > Pipes, Pipe Fittings & Accessories > Pipe Fittings |
| Batteries Required? | No | | |
| | | Shipping Weight | 4.85 pounds (View shipping rates and policies) |
| | | Date First Available | May 1, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

**Related Video Shorts (0)**  Upload your video



**Be the first video**
Your name here

**Sponsored products related to this item** (What's this?)

   

| Industrial Pipe Decor Coat Hook Set of 3 - Heavy Duty Wall Mounted, Rustic Iron DIY... | AUTOUTLET 10pcs 1/2" Malleable Thread Iron Floor Flange Black Pipe Fitting,Perfect ... | Shower Drain Base with Adjustable Ring + Rubber Coupler for Linear Shower Drain Ins... | Pipe Decor 3/4" Malleable Cast Iron Floor Flange 10 Pack, Industrial Steel Grey Fit... | 10 Pack 1/2" Cast Iron Floor Flange, CBTONE Black Flange Pipe Fittings with Threade... |
|---|---|---|---|---|
| 13 | 4 | 7 | 22 | 1 |
| $15.95 | $21.95 | $17.97 | $20.95 | $17.99 |

Ad feedback



tatu

Travel smart

Shop now ▶

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

4

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 4 customer reviews

Share your thoughts with other customers

Write a customer review

25

Add to Cart

Ad feedback

### Top customer reviews

Nic K.

**Best floor flanges ever**

August 1, 2018

Verified Purchase   Early Reviewer Rewards (What's this?)

As expected. Went for this product specifically. For coat hanger project. 4 hole design and does not say made in China. Works great

Helpful   Not Helpful    Comment    Report abuse

**Search customer reviews**

[ ]   Search

Sue

**Great quality**

July 31, 2018

Verified Purchase

These flanges were great, we were not sure what they were going to be like and were hoping for gquality being they were going on a bar. We were extremely happy with the quality.

Helpful   Not Helpful    Comment    Report abuse

Gary Wagner

**Just as described**

August 1, 2018

Verified Purchase   Early Reviewer Rewards (What's this?)

Honestly not as heavy duty as what I've bought at the hardware store, but the price is right and it worked great for my pipe desk and shelves.

Helpful   Not Helpful    Comment    Report abuse

Amazon Customer

**Great value**

July 13, 2018

Verified Purchase    Early Reviewer Rewards (What's this?)

Just what I needed to finish my wall mounted kayak racks. Product description was perfect.

| Helpful | Not Helpful |   Comment    Report abuse

See all 4 reviews

| Write a customer review |

## Customers who viewed this item also viewed











10Pcs 1/2-INCH Floor
Flange Industrial Steel
Malleable Cast Iron Pipe
Fittings Retro Decor...
9
$17.89

Pipe Decor 1/2" Malleable
Cast Iron Floor Flange 10
Pack, Industrial Steel Grey
Fits Standard Half Inch...
22
$19.95

1/2" x 12" Black Pipe
Malleable Gas Steel
Nipples Fitting - Black
Finish - 10 Pack
7
$36.99

CTX Piping Not Available
Black Cast Pipe Fitting,
Cap, 1/2", 10-Pack
10
$15.49

Black Cast Pipe Fitting,
Elbow 90, 1/2", 10-Pack
18
$15.99



Tee ,Black 1/2"
13
$17.71

58

| Add to Cart |

Ad feedback

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



| English | United States |

| Amazon Music | Amazon Drive | Prime | AbeBooks | ACX | Alexa | Amazon Business |
| Stream millions | Cloud storage | Score deals | Books, art | Audiobook Publishing | Actionable Analytics | Everything For |
| of songs | from Amazon | on fashion brands | & collectibles | Made Easy | for the Web | Your Business |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants | Amazon Web Services |
| Groceries & More | Ship Orders | Handpicked Pros | Digital Educational | Fun stories for | Food delivery from | Scalable Cloud |
| Right To Your Door | Internationally | Happiness Guarantee | Resources | kids on the go | local restaurants | Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview | East Dane |
| Download | Books With Free | Find Movie | Thousands of | Indie Print Publishing | Digital | Designer Men's |
| Audiobooks | Delivery Worldwide | Box Office Data | Digital Comics | Made Easy | Photography | Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Junglee.com | Kindle Direct Publishing | Prime Now |
| Sewing, Quilting | Book reviews | Movies, TV | Get Info Entertainment | Shop Online | Indie Digital Publishing | FREE 2-Hour Delivery |
| & Knitting | & recommendations | & Celebrities | Professionals Need | in India | Made Easy | on Everyday Items |
| Prime Photos | Prime Video Direct | Shopbop | TeachMe.com | Amazon Warehouse | Whole Foods Market | Withoutabox |
| Unlimited Photo Storage | Video Distribution | Designer | Math Activities | Great Deals on | America's Healthiest | Submit to |
| Free With Prime | Made Easy | Fashion Brands | for Kids & Schools | Quality Used Products | Grocery Store | Film Festivals |
| | Woot! | Zappos | Souq.com | Subscribe with Amazon | | |
| | Deals and | Shoes & | Shop Online in | Discover & try | | |
| | Shenanigans | Clothing | the Middle East | subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT I

Hi! Sign in        Sell   My eBay

| Search for anything | All Categories |

Back to search results | Listed in category:   Business & Industrial > Hydraulics, Pneumatics, Pumps & Plumbing > Fittings & Adapters > Other Fittings & Adapters >

See more yaeTek 10pcs 3/4" Black Malleable Threaded Fl...



### 10Pcs 3/4" Malleable Threaded Floor Flange Iron Pipe Fittings Wall I

1 product rating

| Condition: | New |
| --- | --- |
| Quantity: | 1   More than 10 available / 102 sold / See feedback |

| Price: | US $17.50 | Buy It Now |
| --- | --- | --- |
| | | Add to cart |
| | | Add to watch list |

| 100% buyer satisfaction | 102 sold | More than 88% sold |
| --- | --- | --- |

Shipping:   **FREE** Standard Shipping | See details
Item location: Walnut, Kentucky, United States
Ships to: United States and many other countries | See details

Delivery:   Estimated on or before **Wed. Aug. 15** to 90015

Payments:

**PayPal CREDIT**

Special financing available. Apply Now | See terms

Returns:   30 day returns. Buyer pays for return shipping | See details

Guarantee                     | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
2016yaetek (2/18    )
98.9% Positive feedback

Save this Seller
Contact seller
Visit store

Have one to sell?   **Sell now**

---

## Frequently Bought Together 1/2             Feedback



Black Cast Pipe Fitting, Tee, 3/4", 10-Pack
$26.92
Free shipping



10PACK 1/2" Black Malleable Threaded Floor
$16.05
Free shipping



3/4 Cast Iron Flange Set
$11.00
Free shipping



3/4" BSPP Brass In-Line Check Valve With Spring
$7.43
+ $0.80



Hex Nipple 1/2" Male x 1/2" Male 304 Stainless Steel
$1.98
Free shipping



3/4" BLACK MA IRON CAP fittin
$1.64
+ $4.99

---

## People who viewed this item also viewed 1/2           Feedback








SPONSORED
10Pcs 3/4" Black Malleable Threaded Floor Flange Iron
**$20.99**
+ $31.99

SPONSORED
10Pcs 3/4" Malleable Threaded Floor Flange Iron
**$17.80**
Free shipping

SPONSORED
10Pcs 3/4" Malleable Threaded Floor Flange Iron
**$17.50**
Free shipping

SPONSORED
1-1/4" Black Malleable Iron Pipe Floor Flange Threaded
**$40.26**
Free shipping

10pcs/set 3/4" Malleable Threaded Floor Flange Iron
**$13.50**
+ $3.99

3/4" Malleable Floor Flange Ir
**$12.50**
+ $5.00

---

**Description**     Shipping and payments

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on  Aug 02, 2018 22:08:29 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand | YaeTek |
| MPN: | TEK-AB-0268 | UPC: | 602989767686 |





**10 Pcs**

Floor Flange Iron Pipe Fittings











## ~~Product Description~~

Material: iron
Thickness: approx. 13.5mm
Center Hole Diameter: approx. 25mm
Total Diameter: approx. 83mm
Quantity: 10pcs

## Product Description

### Specification:
Brand new
Name: Floor Flange
Material: iron
Thickness: approx. 13.5mm
Center Hole Diameter: approx. 25mm
Total Diameter: approx. 83mm
Color: black, as picture shows
Quantity: 10pcs
Perfect for industrial furniture (shelving, curtain rails, frames, hangers etc.) and many other projects.

### Package Included:
10 x black floor flange

### Note:
Please allow 1-5mm errors due to manual measurement
Item color displayed in photos may be showing slightly different on your computer monitor since monitors are not calibrat

Package Dimensions: 5.9 x 2.4 x 1.2 inches

Measurement System: metric, inch

## ~~About Us~~

*Payment*
We accept the payment via *PAYPAL ONLY.*

*Shipping*
*Shipping will be process within 24hours or 48 hours(excluded public holiday.)
*We ship the item from USA warehouse
*If you have not received your goods within 40 days from payment confirmed,pls feel free contact us immediately
*Pls kindly double check your paypal address is valid
(Other countries or remote areas may take longer)

*Return Policy*
*We offer 30 days Refund or Exchange on defective or wrong item since you receive the item.
*All returned items in the original packaging and you should provide us with the shipping tracking number,specific reason for the return,and you eBay ID
Buyer is responsible for return shipping cost.

*Feedback*
*If anything about your transaction did not meet your expectations, PLEASE LET US KNOW AND GIVE US THE OPPORTUNITY TO MAKE THINGS RIGHT before you leave feedback
- We are 100% sure that we can solve any issue regarding your purchase.

*Contact us*
*If there's any problem with the item you received, please kindly send us a message on eBay.
*If the item is damaged or faulty upon delivery, please send us a picture showing the damaged part and let us know the

problem as detailed as possible.

powered by TONGTOOL

---

## Ratings and Reviews

Write

# 5.0

| | | | |
|---|---|---|---|
| 5 | | 1 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 0 |

1 product rating

---

### Most relevant reviews

by pawright1973

Dec 17, 2017

#### Good price

Verified purchase: Yes | Condition: New | Sold by: 2016yaetek

| (0) | (0) | |
|---|---|---|

---

Back to search results | See More Details about "YaeTek 10pcs 3/4" Black Malleable Threaded Floor Flan..."

**More to explore :**  Black Malleable Iron Pipe Nipples,  Industrial Plumbing Pipe Malleable Iron,  Floor Flange Threaded Fittings,  Industrial Plumbing Pipe Malleable Iron NPT,  Cast Iron Threa Thread Outdoor Wall Mounts Lights

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

# EXHIBIT J

Hi! Sign in

Sell   My eBay

Search for anything | All Categories

Back to search results  |  Listed in category  Business & Industrial > Hydraulics, Pneumatics, Pumps & Plumbing > Fittings & Adapters > Other Fittings & Adapters >
See more 10pcs 1/2" Flange Malleable Threaded Iron Pip...

## BUY 1, GET 1 AT 10% OFF (add 2 to cart) See all eligible items ▸



### 10PCS 1/2'' Flange Malleable Threaded Iron Pipe Fittings Floor Wall Black

3 product ratings

| Condition | **New** |
|---|---|
| Quantity | 1  More than 10 available 118 sold / See feedback |

| Price: | **US $20.99** | Buy It Now |
|---|---|---|
| | | Add to cart |
| Best Offer: | | Make Offer |
| | | Add to watch list |

| 100% buyer satisfaction | 118 sold | More than 89% sold |
|---|---|---|



**Seller information**
#greatshoppingmall (19682
98.4% Positive feedback

Save this Seller
Contact seller
Visit store

Shipping: **FREE** Standard Shipping | See details
Item located in Rowland Heights, California, United States
Ships to: Worldwide

Delivery: Estimated on or before **Wed. Aug. 15** to 90015

Payments:

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 60 day returns. Buyer pays for return shipping |
See details

Guarantee: | See
details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Have one to sell? **Sell now**

---

## Frequently Bought Together 1/2

Feedback













| 10PACK 1/2" Black Malleable Threaded Floor | HOME FLEX 1/2" x 100 ft Underground Yellow | (10) 1/2" PEX Crimp x 3/8" OD Compr. Straight Stop | Hex Nipple 1/2" Male x 1/2" Male 304 Stainless Steel | 3/4" Side Outlet TEE BLACK MALLEABLE IRON fitting | (10) 1/2" PEX x Nut Swivel Ada |
|---|---|---|---|---|---|
| $16.05 | $40.95 | $32.95 | $1.98 | $4.84 | $17.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $5.90 | + $5.15 |

---

## People who viewed this item also viewed 1/2

Feedback

     

SPONSORED
10Pcs 1/2" Black Malleable
Threaded Floor Flange Iron
**$18.88**
$22.24
Free shipping

SPONSORED
10Pcs 1/2" Malleable
Threaded Floor Flange Iron
**$19.00**
Free shipping

SPONSORED
10Pcs 1/2" Malleable
Threaded Floor Flange Iron
**$18.50**
Free shipping

SPONSORED
10Pcs 3/4" Black Malleable
Threaded Floor Flange Iron
**$20.99**
+ $31.99

10Pcs 3/4" Malleable
Threaded Floor Flange Iron
**$14.59**
Free shipping

10Pcs 3/4" Mall
Threaded Floor
**$17.50**
Free shipping

**Description** **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on Aug 06, 2018 00:25:14 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New. A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| Connection Method: | screw | MPN: | NI154443YTZYA5492 |
| Size: | 1/2" | Country/Region of Manufacture: | China |
| Color: | Black | Type: | Axial type |
| Material: | Iron | UPC: | 191579081900 |

**agreatshoppingmall**
agreatshoppingmall (19682  )  99.4%
Sign up for newsletter

Visit Store: agreatsho

## Categories

Home & Garden

Clothing, Shoes &
Accessories

Cell Phones & Accessories



**Agreatshoppingmall**
*Your Online Super Store*

| Payment | Shipping | Return Policy & Warranty |
|---|---|---|

*Helpful Links*

ITEMS SHIP VIA





UNITED STATES
POSTAL SERVICE

**10PCS 1/2" Flange Malleable Threaded Iron Pipe Fittings
Floor Wall Mount Black**



## Description

### Description

This item is well made of premium material for durable and practical use. It's easy to use with long service life. The precise design will ensure its practicability in the work of high performance. Perfect for industrial furniture (shelving, curtain rails, frames, hangers etc.) and many other projects.

### Feature

- Color: Black
- Material: Iron.
- Size: Approx. 8.5 x 8.5 x 0.4 cm / 3.3 × 3.3 × 0.2 inch (L × W x H).
- Made of premium material, sturdy and practical.
- High strength, good toughness, plasticity and machinability.
- Anti-rust treatment, threaded alignment, and chassis formation.
- Easy to install and use.
- Perfect for industrial furniture (shelving, curtain rails, frames, hangers etc.) and many other projects.

## Package Include

1 x set of 10Pcs 1/2 Inch Malleable Threaded Floor Flange Iron Pipe Fittings Wall Mounted Flange (Black)

### Payment

1. We only accept PayPal, payment system supports Mastercard, Visa, Discover, American Express and eCheck.

2. Please make sure you have a valid PayPal account before bidding.

3. The payment shall be submitted within 7 days after the transaction is completed. If the payment is delayed after 7 days, we have the right to item you ordered. What's more, there will be UPI(Unpaid case) in your ebay account.

### Shipping

1. Items will be sent out in 24-48 hours on payment received from Monday to Friday. Orders during weekends and holidays will be posted in the

2. Shipping time is based on the item location. Items located in USA will be sent out via Fedex or USPS and delivered within 5-7 business days out via E-packet and delivered within 15-20 business days.

3. Please make sure your shipping address and the order information is correct before placing an order. We will not be responsible for item loss.

4. International buyers are responsible for duties and customs fees.

### Return Policy &

Warranty
1. In our store, you will enjoy 30 days return/refund guarantee (Excluding misuse of the item and damaged item).

2. If the item you received is faulty, damaged or incorrect, or any further problems, you can return it for replacement or refund, please contact o

days from item received.

3.For damaged items on arrival, please contact us immediately, sending us an email with a photo is preferred. We will offer solutions to such c

be guaranteed.



# WE GREATLY APPRECIATE YOUR PURCHASE FROM
# OUR AIM IS TO PROVIDE TOP LEVEL CUSTOMER SE

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

If you have any questions, Please feel free to email our service specialists. Also, f

us, so will you **Please contact us first before you leave neutral o**

so that we can satisfactorily address your concerns and rectify any issues.

It is impossible to address issues if we do not know about them! Thank you for yor

bring more great goods to ebay!



DataCaciques
We promote your sales

## BUY 1, GET 1 AT 10% OFF (add 2 to cart)* See all eligible items ▸

**Buy 1, get 1 at 10% off**
Discount will be applied when you add promotional items from agreatshoppingmall to your cart

**All promotional offers from agrea**

20Pcs 3/4" Malleable Threaded Floor
Flange Iron Pipe Fittings Wall Mount
US

20Pcs 1/2" Malleable Threaded Floor
Flange Iron Pipe Fittings Wall Mount
US

**US $29.99**

**US $35.69**

* Value of least expensive qualifying item will be discounted from the subtotal amount, once per transaction.
Offer conditions | Learn about pricing

You can change quant

## Ratings and Reviews

Write



| | 5 | 3 |
|---|---|---|
| | 4 | 0 |
| | 3 | 0 |
| | 2 | 0 |
| | 1 | 0 |

# 5.0

3 product ratings

100%      100%      100%

Would recommend    Good value    Good quality

## Most relevant reviews

### Price beats the Box Stores hands down

by 67mercdlg
May 30, 2018

I feel the big box stores are inflating the price of these flanges due to their popularity in "rustic" home decor. You can't beat the price of these 10 piec

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0)    (0)

### Perfect!

by meine-tasche
May 15, 2018

Much cheaper than my home store quick delivery! I made a top rail on my deck that holds lights and hanging baskets of flowers!



Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0)    (0)

### Lightweight but strong

by windolhil-0
May 14, 2018

Smaller in design which gives more creative possibilities; not unnecessarily bulky or bolstered. definitely craft oriented........

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0)    (0)

Back to search results | **See More Details** about "10pcs 1/2" Flange Malleable Threaded Iron Pipe Fittin..."

**More to explore :**   Black Malleable Iron Pipe Nipples,   Floor Flange Threaded Fittings,   Industrial Plumbing Pipe Malleable Iron,   Industrial Plumbing Pipe Malleable Iron NPT, Cast Iron 1 1/2 in End A Diameter Threaded Fittings,   Cast Iron Threaded Fittings

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

# EXHIBIT K

Hi! Sign in

Sell   My eBay

Search for anything        All Categories

Back to search results | Listed in category:   Business & Industrial > Hydraulics, Pneumatics, Pumps & Plumbing > Fittings & Adapters > Other Fittings & Adapters >
See more 10pcs 3/4" Malleable Threaded Floor Flange Ir...





## 10Pcs 3/4" Malleable Threaded Floor Flange Iron Pipe Fittings Wall I

Top Quality 3/4" Malleable Free & Fast Post UK Seller

19 product ratings




| Condition: | New |
| --- | --- |
| Quantity: | 1   More than 10 available   124 sold / See feedback |

| Price | US $14.59 | Buy It Now |
| --- | --- | --- |

Add to cart

Add to watch list

100% buyer satisfaction    124 sold    More than 86% sold

Shipping: **FREE** Standard Shipping | See details
Item location: CA, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Wed. Aug. 15** to 90015

Payments:

**PayPal CREDIT**
Special financing available. Apply now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Guarantee        | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

### Seller information
earnestadvice (347 )
99.7% Positive feedback

Save this Seller
Contact seller
Visit store








Have one to sell?   Sell now

---

## Frequently Bought Together 1/2

Feedback








| 3/4 INCH BLACK MALLEABLE IRON PIPE | (25) 1/2" PEX Elbows - Brass Crimp Fittings | 3/4" GALVANIZED MALLEABLE IRON 24" | 1" Socket PVC Ball Valve Inline | 3/4" BLACK MALLEABLE IRON PIPE THREADED 90° | (Lot of 25) 1/2" - Brass Crimp F |
| --- | --- | --- | --- | --- | --- |
| $1.65 | $12.85 | $7.65 | $2.58 | $15.85 | $25.38 |
| + $4.99 | + $5.15 | + $14.99 | + $5.00 | Free shipping | Free shipping |

---

## People who viewed this item also viewed 1/2

Feedback

    

SPONSORED
10Pcs 3/4'' Black Malleable Threaded Floor Flange Iron
**$20.99**
+ $31.99

SPONSORED
10Pcs 3/4" Malleable Threaded Floor Flange Iron
**$17.80**
Free shipping

SPONSORED
10Pcs 3/4" Malleable Threaded Floor Flange Iron
**$17.50**
Free shipping

SPONSORED
10Pcs 3/4" Black Malleable Threaded Floor Flange Iron
**$28.99**
+ $2.99

10Pcs 3/4" Malleable Threaded Floor Flange Iron
**$17.80**
Free shipping

10Pcs 3/4" Mall Threaded Floor
**$17.80**
Free shipping

**Description**     **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on  Aug 06, 2018 02:07:24 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Feature: | high strength, good toughness | MPN: | Does Not Apply |
| Size: | 3/4" | Colour: | Black |
| Connection Method: | screw | Material: | Cast Iron |
| Inner Diameter: | 2.3cm | Type: | Axial type |
| Weight: | about 120g | UPC: | 0714367561158 |

# 10Pcs 3/4'' Malleable Threaded Floor Flange Iron Pipe Fittin

  

 















**Description:**

- Cast iron is mainly composed of iron, carbon and silicon alloy composition, with high strength, good toughness, plasticity and machinability.
- Casting the primary color, the surface frosted, anti-rust treatment, threaded alignment, chassis formation.
- Can be made bookshelves, drying racks, put objects, retro lighting, and other crafts.

- specification:
- Colour:Black
- Material: Cast Iron
- Type: Axial type
- Feature:high strength, good toughness
- Size: 3/4"
- Connection Method:screw
- Inner Diameter:2.3cm
- Weight: about 120g
- Product Usage: floral, lamps, shelves, hanging racks, industrial supplies, and so on

- Listing include:
- 10x 3/4" Flange Iron Pipe Fittings

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**Thank you for your browsing! Wish you a happy day!**

Payment:

- We ONLY accept payment via PayPal

Shipping:

- Free shipping for standard service
- We post item to the verify PayPal addresses
- Please make sure the postal address is correct during checkout

Contact us:

- If you have any questions please feel free to contact us first through "Ask seller a question" link. We will respond within 1 business day

- To provide high quality item and good service are always our focus. So welcome to contact us if any good suggestion!



## Ratings and Reviews

Write

**5.0**

19 product ratings

| | |
|---|---|
| 5 | 19 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

**100%**
Would recommend

**100%**
Good value

**91%**
Good quality

### Most relevant reviews

See all

**by greenleaf070**
Jun 26, 2018

#### Great for rustic look

These were perfect for my closet remodel. I made them rusty, then put a clear coat over them. I use the black iron for the closet poles too. Now my has a cool rustic look.

Verified purchase: Yes | Condition: New | Sold by: jewels*malls

(0) (0)

**by ashleyac1230**
Aug 01, 2018

#### Great Value!!!

This a great value for building farmhouse shelves and furniture. I am not sure on using them for plumbing because this was not my use for them.

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0) (0)

**by lrenton-14**
Aug 06, 2018

#### Great product

Theses worked great for my project came with 4 holes and already painted black very nice and great price

Verified purchase: Yes | Condition: New | Sold by: earnestadvice

(0) (0)

**by mccann10612**
May 17, 2017

#### Good quality flanges that fit my pipes perfectly

Great quality iron flanges. Same quality as the ones I bought at The Home Depot. Took about 3 weeks to arrive after buying online, which isn't bad coming from China.

Verified purchase: Yes | Condition: New | Sold by: lovelyhome2015

(0) (0)

**by zhergyo**
Jul 03, 2018

#### Great price

Great price and quality for this product.

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0) (0)

Back to search results | See More Details about "10pcs 3/4" Malleable Threaded Floor Flange Iron Pipe ...".
More to explore : Black Malleable Iron Pipe Nipples, Industrial Plumbing Pipe Malleable Iron, Floor Flange Threaded Fittings, Industrial Plumbing Pipe Malleable Iron NPT, Cast Iron Threa Cast Iron Cross Threaded Fittings

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

# EXHIBIT L

Hi! Sign in

Sell　My eBay

Search for anything

All Categories

Back to search results  | Listed in category:  Business & Industrial  > Hydraulics, Pneumatics, Pumps & Plumbing  > Fittings & Adapters  > Other Fittings & Adapters  >
See more 10pcs 3/4" Malleable Threaded Floor Flange Ir...



### 10Pcs 3/4" Malleable Threaded Floor Flange Iron Pipe Fittings Wall I

19 product ratings

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    More than 10 available<br>34 sold / See feedback |
| Price: | US $17.80 |

Buy It Now

Add to cart

Add to watch list

100% buyer
satisfaction　　34 sold　　More than 67%
sold

Shipping:　FREE  Economy Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States  See exclusions

Delivery　Estimated on or before Tue. Aug. 14 to 90015

Payments:

**PayPal CREDIT**
Special financing available  Apply Now  |  See terms

Returns　30 day returns. Buyer pays for return shipping |
See details

Guarantee:　　　　　　　　　　　　　　| See
details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
jewels*malls (323606    )
98.2% Positive feedback

Save this Seller
Contact seller
Visit store

Have one to sell?　Sell now

---

Frequently Bought Together 1/2　　　　　　　　　　　　　　　　Feedback













3/4 INCH BLACK
MALLEABLE IRON PIPE
$1.65
+ $4.99

(25) 1/2" PEX Elbows -
Brass Crimp Fittings
$12.85
+ $5.15

3/4" GALVANIZED
MALLEABLE IRON 24"
$7.65
+ $14.99

1" Socket PVC Ball Valve
Inline
$2.58
+ $5.00

3/4" BLACK MALLEABLE
IRON PIPE THREADED 90°
$15.85
Free shipping

(Lot of 25) 1/2"
- Brass Crimp F
$25.38
Free shipping

---

People who viewed this item also viewed 1/2　　　　　　　　　　　　Feedback



SPONSORED
10Pcs 3/4" Malleable
Threaded Floor Flange Iron
$17.50
Free shipping



SPONSORED
10Pcs 3/4" Black Malleable
Threaded Floor Flange Iron
$20.99
+ $31.99



SPONSORED
10Pcs 3/4" Malleable
Threaded Floor Flange Iron
$17.50
Free shipping



SPONSORED
10Pcs 1/2" Malleable
Threaded Floor Flange Iron
$29.99
Free shipping



10Pcs 3/4" Malleable
Threaded Floor Flange Iron
$14.59
Free shipping



10Pcs 3/4" Mall
Threaded Floor
$17.80
Free shipping

---

**Description** | Shipping and payments

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on Jul 31, 2018 19:13:33 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| Size: | 3/4" | MPN: | Does not apply |
| Materials: | Cast Iron | UPC: | Does not apply |
| Type: | Axial type | Warranty: | 1 year |

jewsmall

Visit my eBay st:



Sign up for newsletter
[                    ] Search Store

Himalayan Salt Lamp | Essential Oils | Fragrance Oils | Cremation Jewelry
(SALE) Items On Sale

Store Categories

**Store home**
**Himalayan Salt Lamp**
**Other**



Description

## 10Pcs 3/4" Malleable Threaded Floor Flange Iron Pipe Fittings Wa

**Feature:**
    A.Cast iron is mainly composed of iron, carbon and silicon alloy composition, with high strength, good tou
    machinability.
    B.Casting the primary color, the surface frosted, anti-rust treatment, threaded alignment, chassis formation.
    C.Can be made bookshelves, drying racks, put objects, retro lighting, and other crafts.
**Specification:**

Name:flange

Color:black

Materials:cast iron

Connection Method:screw

Size:3/4"

Inner Diameter:2.3cm

Type:axial type

Product Usage: floral, lamps, shelves, hanging racks, industrial supplies, and so on

**Note:** Due to the manual measurement,there might be some error.

Package included: 10pcs flange

Detail Image



















Payment

1. We accept payment via Paypay only.
2. All payments must be prepaid.

Delivery details

1. Items are generally shipped out within 24 hours after your payment has been cleared (Sat. & Sun

2. Domestic Shipping
All orders are shipped out from US directly by Fedex,UPS, USPS.
All US lower 48 state orders ship out within 48 hours.Tracking numbers will automatically be uploade
Please go to your ebay purchase order to track the status of your order.
Local pick ups are not available now.
We only ship to the Lower 48 states. We also don't ship to FPO, APO or PO Boxes.
Please confirm your shipping address before bidding. None of our products are drop shipped.

3. All items will be shipped to buyer's paypal address. Please check your paypal address before plac

4. We are not responsible for wrong or undeliverable address. We reserve the right to charge the sh
returned items due to wrong address.

Terms of sales

1. We provide 30 days money back on non-defective, undamaged, unused and resalable products. I
for refund after the 30-day refund period has expired.

2. Our warranty does not extended to any products that are physically damaged or that are not unde
conditions as a result of misuse or improper installation on the buyer/user's part.

3. For all returned products, Please contact us for the returning address.

4. In all cases, buyers pay shipping fees at their own cost to return products for exchange or refund.
responsible for the postage of replacements. Refund will be made upon receipt of the returned item.

Feedback

Please leave Positive Feedback and 5 Star Ratings for us if you are satisfied with our products and
the same for you.

For any problem, pls do not leave us negative feedback before email us, we sincerely hope every cu
chance for us to solve the problem.

Your Satisfaction is our highest priority. Pls contact us if you have any questions, we will try our best

Contact us

For full details about the warranty, please email us.
For any questions, pls also feel free to email us, we will reply you within 1-2 business day (not includ
Please help us do not open the dispute or return request before e-mail us,thanks!



powered by
PushAuction
DataCaciques
We promote your sales

## Ratings and Reviews

Write

# 5.0

19 product ratings

| | |
|---|---|
| 5 | 19 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

**100%**
Would recommend

**100%**
Good value

**91%**
Good quality

### Most relevant reviews

See all

**by greenloaf0f0**
Jun 26, 2018

#### Great for rustic look

These were perfect for my closet remodel. I made them rusty, then put a clear coat over them. I use the black iron for the closet poles too. Now my has a cool rustic look.

Verified purchase: Yes | Condition: New | Sold by: jewels*malls

(0)    (0)

**by ashleyac1230**
Aug 01, 2018

#### Great Value!!!

This a great value for building farmhouse shelves and furniture. I am not sure on using them for plumbing because this was not my use for them.

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0)    (0)

**by trenton-14**
Aug 06, 2018

#### Great product

Theses worked great for my project came with 4 holes and already painted black very nice and great price

Verified purchase: Yes | Condition: New | Sold by: earnestadvice

(0)    (0)

**by micaihe10612**
May 17, 2017

#### Good quality flanges that fit my pipes perfectly

Great quality iron flanges. Same quality as the ones I bought at The Home Depot. Took about 3 weeks to arrive after buying online, which isn't bad coming from China.

Verified purchase: Yes | Condition: New | Sold by: lovelyhome2015

(0)    (0)

**by zhergyo**
Jul 03, 2018

#### Great price

Great price and quality for this product.

Verified purchase: Yes | Condition: New | Sold by: agreatshoppingmall

(0)    (0)

Back to search results | See More Details about "10pcs 3/4" Malleable Threaded Floor Flange Iron Pipe ..."

More to explore : Black Malleable Iron Pipe Nipples, Industrial Plumbing Pipe Malleable Iron, Floor Flange Threaded Fittings, Industrial Plumbing Pipe Malleable Iron NPT, Cast Iron Threa
Cast Iron Cross Threaded Fittings

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

# EXHIBIT M

Hi! Sign in                                                                                                    Sell    My eBay

| Search for anything | All Categories |

Back to search results | Listed in category: Business & Industrial > Hydraulics, Pneumatics, Pumps & Plumbing > Fittings & Adapters > Other Fittings & Adapters >
See more 10pcs 1/2" Malleable Threaded Floor Flange Ir...



## 10Pcs 1/2" Malleable Threaded Floor Flange Iron Pipe Fittings Wall I

1 product rating

| | |
|---|---|
| Condition | New |
| Quantity | 1    More than 10 available |
| | 14 sold / See feedback |

Price: **US $18.50**        Buy It Now

Add to cart

Add to watch list

| 100% buyer satisfaction | Free shipping | 30-day returns |

Shipping:  FREE Economy Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Delivery:  Estimated on or before **Tue. Aug. 14** to 90015

Payments:

**PayPal CREDIT**
Special financing available. Apply now | See terms

Returns:  30 day returns. Buyer pays for return shipping | See details

Guarantee:                                          | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

### Seller information
domlihome-us (78   )
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell?   Sell now

---

Description  |  Shipping and payments

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on  Jul 08, 2018 09:35:36 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Materials: | Cast iron | MPN: | Does not apply |
| Connection Method: | Screw | Warranty: | 1 year |
| Type: | Axial type | UPC: | Does not apply |

| | |
|---|---|
| 10Pcs 3/4 Malleable Threaded Floor Flange Iron Pipe Fittings Wall Mount DO | 10Pcs 1/2 Malleable Threaded Floor Flange Iron Pipe Fittings Wall Mount DO |
| 17.50 USD | 18.50 USD |
| Buy it now | Buy it now |

Buy it now
Free shipping

Buy it now
Free shipping



Description

## 10Pcs 1/2" Malleable Threaded Floor Flange Iron Pipe Fittings Wall Mount

**Feature:**
Cast iron is mainly composed of iron, carbon and silicon alloy composition, with high strength, good toughness, plasti
and machinability.
Casting the primary color, the surface frosted, anti-rust treatment, threaded alignment, chassis formation.
Can be made bookshelves, drying racks, put objects, retro lighting, and other crafts.

**Product Usage:** floral, lamps, shelves, hanging racks, industrial supplies, and so on

**Specification:**
Color: Black
Materials: Cast iron
Connection Method: Screw
Size:1/2"
Inner Diameter: 1.8cm
Type: Axial type
Weight: about 100g

**Pls Note:** Due to the manual measurement,there might be some error.

**Package Include:**
10x 1/2" Flange Iron Pipe Fittings

Detail Image











6.5cm



1.8cm













## 1/2"Flange Malleable Iron Pipe Fittings





# 10PCS

## 1/2"Flange Malleable Iron Pipe Fittings



# 10PCS

Payment

1. We accept payment via Paypay only.
2. All payments must be prepaid.

Delivery details

1. Items are generally shipped out within 24 hours after your payment has been cleared (Sat. & Sun. excluded.)

2. Domestic Shipping
All orders are shipped out from US directly by Fedex,UPS, USPS.
All US lower 48 state orders ship out within 48 hours.Tracking numbers will automatically be uploaded on eBay.
Please go to your ebay purchase order to track the status of your order.
Local pick ups are not available now.
We only ship to the Lower 48 states. We also don't ship to FPO, APO or PO Boxes.
Please confirm your shipping address before bidding. None of our products are drop shipped.

3. All items will be shipped to buyer's paypal address. Please check your paypal address before place the order.

4. We are not responsible for wrong or undeliverable address. We reserve the right to charge the shipping fee again f
returned items due to wrong address.

## Terms of sales

1. We provide 30 days money back on non-defective, undamaged, unused and resalable products. Product is not elig
for refund after the 30-day refund period has expired.

2. Our warranty does not extended to any products that are physically damaged or that are not under normal operatin
conditions as a result of misuse or improper installation on the buyer/user's part.

3. For all returned products, Please contact us for the returning address.

4. In all cases, buyers pay shipping fees at their own cost to return products for exchange or refund. We will be
responsible for the postage of replacements. Refund will be made upon receipt of the returned item.

## Feedback

Please leave Positive Feedback and 5 Star Ratings for us if you are satisfied with our products and service, and we v
the same for you.

For any problem, pls do not leave us negative feedback before email us, we sincerely hope every customer can provi
chance for us to solve the problem.

Your Satisfaction is our highest priority. Pls contact us if you have any questions, we will try our best to serve for you.

## Contact us

For full details about the warranty, please email us.
For any questions, pls also feel free to email us, we will reply you within 1-2 business day (not include Public holiday)
Please help us do not open the dispute or return request before e-mail us,thanks!

powered by
PushAuction

10Pcs 3/4 Malleable Threaded Floor
Flange Iron Pipe Fittings Wall Mount
DO
17.50 USD
Buy it now
Free shipping

10Pcs 1/2 Malleable Threaded Floor
Flange Iron Pipe Fittings Wall Mount
DO
18.50 USD
Buy it now
Free shipping


DataCaciques
We promote your sales

## Ratings and Reviews

Write ›

# 5.0

1 product rating

| 5 | | 1 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 0 |

100%
Would recommend

100%
Good value

100%
Good quality

## Most relevant reviews

by gobuxx27
Mar 13, 2018

### Excellent.  Really like the smaller profile

Excellent!

Verified purchase: Yes | Condition: New | Sold by: dealareashowstore

[ (0) ]   [ (0) ]   [ ]

Back to search results | **See More Details about** "10pcs 1/2" Malleable Threaded Floor Flange Iron Pipe ..."

**More to explore** :  Black Malleable Iron Pipe Nipples,  Floor Flange Threaded Fittings,  Industrial Plumbing Pipe Malleable Iron,  Industrial Plumbing Pipe Malleable Iron NPT,
Cast Iron 1 1/2 in End A Diameter Threaded Fittings,  Cast Iron Threaded Fittings

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

https://www.ebay.com/itm/10Pcs-1-2-Malleable-Threaded-Floor-Flange-Iron-Pipe-Fittings-Wall-Mount-DO/112745432260?epid=14014794270&hash=it...   9/t

# EXHIBIT N

Hi! Sign in Sell My eBay

Search for anything All Categories

Back to search results | Listed in category: Business & Industrial > Hydraulics, Pneumatics, Pumps & Plumbing > Fittings & Adapters > Other Fittings & Adapters >
See more zaeTek 10pcs 3/4" Black Malleable Threaded Fl...





    


**10X 3/4 Inch Malleable Threaded Floor Flange Iron Pipe Fittings Wall Black**

2 product ratings

| | |
|---|---|
| Condition: | **New** |
| Quantity: | 1      9 available / 8 sold |
| Price: | **US $17.49** |

Buy It Now

Add to cart

Add to watch list

Free shipping | 30-day returns | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: FL, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Wed. Aug. 15** to 90015

Payments:

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller Information**
yaebrew3032018 (274  )
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? **Sell now**

---

**Frequently Bought Together 1/2** Feedback

    




| | | | | | |
|---|---|---|---|---|---|
| Black Cast Pipe Fitting, Tee, 3/4", 10-Pack | Ldr™ Pipe Décor™ Industrial Steel Grey ½ Inch | 10PACK 1/2" Black Malleable Threaded Floor | Hex Nipple 1/2" Male x 1/2" Male 304 Stainless Steel | 3/4 INCH BLACK MALLEABLE IRON PIPE | 1/4" Male bspt NPT Brass Red |
| $26.92 | $11.49 | $16.05 | $1.98 | $1.65 | $2.39 |
| Free shipping | $18.38 Free shipping | Free shipping | Free shipping | + $4.99 | Free shipping |

---

**People who viewed this item also viewed 1/2** Feedback



SPONSORED
10Pcs 3/4" Malleable
Threaded Floor Flange Iron

$17.80
Free shipping



SPONSORED
10Pcs 3/4" Black Malleable
Threaded Floor Flange Iron

$20.99
+ $31.99



SPONSORED
10Pcs 1/2" Black Malleable
Threaded Floor Flange Iron

$18.88
$22.21
Free shipping



SPONSORED
10Pcs 3/4" Malleable
Threaded Floor Flange Iron

$17.50
Free shipping



10X 3/4" Malleable
Threaded Floor Flange Iron

$17.50
Free shipping



YaeTek 10Pcs 3
Malleable Threa

$22.31
Free shipping

---

**Description**   **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on Aug 02, 2018 06:03:43 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | YaeTek |
| MPN: | TEK-AB-0268 | UPC: | 602989767686 |





**10 Pcs**
Floor Flange Iron Pipe Fittings











## ~~Product Description~~

Material: iron
Thickness: approx. 13.5mm
Center Hole Diameter: approx. 25mm
Total Diameter: approx. 83mm
Quantity: 10pcs

### Product Description

#### Specification:
Brand new
Name: Floor Flange
Material: iron
Thickness: approx. 13.5mm
Center Hole Diameter: approx. 25mm
Total Diameter: approx. 83mm
Color: black, as picture shows
Quantity: 10pcs
Perfect for industrial furniture (shelving, curtain rails, frames, hangers etc.) and many other projects.

#### Package included:
10 x black floor flange

#### Note:
Please allow 1-5mm errors due to manual measurement
Item color displayed in photos may be showing slightly different on your computer monitor since monitors are not calibrat

Package Dimensions: 5.9 x 2.4 x 1.2 inches

Measurement System: metric, inch

## ~~About Us~~

**Payment**
We accept the payment via *PAYPAL ONLY*

**Shipping**
*Shipping will be process within 24hours or 48 hours(excluded public holiday.)
*We ship the item from USA warehouse
*If you have not received your goods within 40 days from payment confirmed pls feel free contact us immediately
*Pls kindly double check your paypal address is valid.
(Other countries or remote areas may take longer)

**Return Policy**
*We offer 30 days Refund or Exchange on defective or wrong item since you receive the item.
*All returned items in the original packaging and you should provide us with the shipping tracking number,specific reason for the return and you eBay ID.
Buyer is responsible for return shipping cost.

**Feedback**
*If anything about your transaction did not meet your expectations, PLEASE LET US KNOW AND GIVE US THE OPPORTUNITY TO MAKE THINGS RIGHT before you leave feedback
. We are 100% sure that we can solve any issue regarding your purchase

**Contact us**
*If there's any problem with the item you received, please kindly send us a message on eBay.
*If the item is damaged or faulty upon delivery, please send us a picture showing the damaged part and let us know the

problem as detailed as possible

powered by **TONGTOOL**

## Ratings and Reviews

Write

# 5.0

2 product ratings

| | |
|---|---|
| 5 | 2 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

## Most relevant reviews

by jjatb
Apr 16, 2018

### Good value

Fast shipping, good value

Verified purchase: Yes | Condition: New | Sold by: 2016yaekoo

[ (0) ] [ (0) ] [ ]

---

Back to search results | **See More Details** about "YaeTek 10pcs 3/4" Black Malleable Threaded Floor Flan..."

**More to explore :** Black Malleable Iron Pipe Nipples, Industrial Plumbing Pipe Malleable Iron, Floor Flange Threaded Fittings, Industrial Plumbing Pipe Malleable Iron NPT, Cast Iron Threa
Cast Iron Cross Threaded Fittings

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice